AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by _____ C.
JAN 06 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

JOHN PINSON )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 9:14cv80009
)
ALBERTELLI LAW PARTNERS, LLC )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
ALBERTELLI LAW PARTNERS, LLC
208 NORTH LAURA STREET, SUITE 900
JACKSONVILLE, FL 32202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JOHN PINSON
526 WESTWOOD ROAD
WEST PALM BEACH, FLORIDA 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: 01/06/2014

Steven M. Larimore
Clerk of Court

s/Collette Quinones
Deputy Clerk
U.S. District Courts