Fee        14cv80009

```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 9
Receipt Number: FLS409962015
Cashier ID: pcini
Transaction Date: 01/06/2014
Payer Name: John Pinson

CIVIL FILING FEE
 For: John Pinson
 Case/Party: D-FLS-9-14-CV-080009-001
 Amount:         $400.00

CASH
 Amt Tendered:  $400.00

Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

New case 14cv80009 John Pinson

Returned check fee $53

Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```