UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISON

JOHN PINSON
         Plaintiff,

vs.                                               Case No.: 9:14-CV-80009

ALBERTELLI LAW PARTNERS, LLC,
         Defendant.
_____/

**DEFENDANT, ALBERTELLI LAW PARTNERS, LLC'S, MOTION
FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

      Defendant, Albertelli Law Partners, LLC, (hereinafter "Albertelli Law") by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) hereby requests the Court enter an Order granting it an extension of time within which to respond to Plaintiff's Complaint, and states:

      1.      This is an action brought for damages for violations of the Fair Debt Collection Practices Act, damages for violations of the Florida Consumer Collection Practices Act, and for declaratory and injunctive relief.

      2.      The office of the undersigned recently received notice of the case.  The undersigned has not yet been unable to collect all necessary information and documents to file a proper response to Plaintiff's Complaint.

      3.      The undersigned respectfully requests a (30) day extension of time to respond to Plaintiff's Complaint.

      4.      This case is in its early stages.  Discovery has not commenced, and trial is not imminent.  As such, undersigned does not believe any party would be prejudiced by the extension requested.

5.  This request for an extension of time is not made for the purpose of delay or for any other improper purpose.

WHEREFORE the Defendant, Albertelli Law, requests an Order from the Court allowing it an additional thirty (30) days in which to file a responsive pleading, and grant such other and further relief this Honorable Court deems just and proper.

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that I am licensed to practice law in the United States District Court, Southern District of Florida.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion for Extension of Time was furnished via email/eServe and/or U.S Mail this 24th day of January, 2014 to the attached Service List.

   /s/Peter W. Kelly, Esq.
Peter W. Kelly, Esq.
Florida Bar Number: 59991
pkelly@albertellilaw.com
Rubina K. Shaldjian, Esq.
Florida Bar Number: 64466
rshaldjian@albertellilaw.com
ALBERTELLI LAW
5404 Cypress Center Dr., Suite #300
Tampa, FL 33609
Tel: (813) 221-4743 x1508
Fax: (813) 221-9171
eService: servealaw@albertellilaw.com

**Service List**

John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
john@pinson.con