UNITED STATES DISTRIC COURT

SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

John Pinson
   Plaintiff,
**vs.**                    Case No.: 9:14-cv-80009-KLR

Albertelli Law Partners LLC,
A Florida LLC
   Defendant.
_____/

**NOTICE OF CHANGE OF RESPONSIBLE ATTORNEY**

  YOU ARE HEREBY NOTIFIED, that the following attorney within Albertelli Law, is substituted as attorney of record for DEFENDANT, Albertelli Law Partners LLC, a Florida LLC.

All pleadings, motions, notices and other papers shall be served upon:

       Rubina K. Shaldjian, ESQ.
       Florida Bar Number: 64466
       rshaldjian@albertellilaw.com
        ALBERTELLI LAW
        P.O. Box 23028
        Tampa, FL 33623
       Tel: (813) 221-4743x 1508
        Fax: (813) 221-9171
     eService: servealaw@albertellilaw.com

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via email/ eServe and/or U.S Mail this 26 day of February, 2014 to the following.

         By: /s/ Rubina K. Shaldjian
         Rubina K. Shaldjian, ESQ.
         Florida Bar Number: 64466
         rshaldjian@albertellilaw.com
         ALBERTELLI LAW
         P.O. Box 23028
         Tampa, FL 33623
         Tel: (813) 221-4743x 1508
         Fax: (813) 221-9171
         eService: servealaw@albertellilaw.com

## Service List

John Pinson
526 Westwood Road
West Palm Beach, FL 33401
john@pinson.com

Albertelli Law
P.O. Box 23028
Tampa, FL 33623

Moses I. Phelps
10624 Navigation Drive
Riverview, FL 33579