# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

### CASE NO.: 9:14-cv-80009-KLR

**John Pinson,**

    Plaintiff

vs

**ALBERTELLI LAW PARTNERS LLC,**

A Florida LLC,

    Defendant    /

FILED by ___ D.C.
MAR 24 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## PLAINTIFF *PRO SE'S* MOTION ASKING THE COURT TO ORDER DEFENDANT TO SERVE AND NOTICE PLAINTIFF PRO SE WITH ALL FILINGS BY US MAIL

    **COMES NOW**, the Plaintiff *pro se*, John Pinson, pursuant to Rule 5 of the Federal Rules of Civil Procedure, Rule 5.1 of the Local Rules and the CM/ECF Administrative Procedures of the United States District Court for Southern District of Florida, who hereby respectfully requests that the Honorable Court grant his motion and Order Defendant, Albertelli Law Partners LLC, to serve and notice the Plaintiff *pro se* with all filings by US Mail, and in support thereof the Plaintiff *pro se* states:

### PRELIMINARY STATEMENT

1. On January 6, 2014, the Plaintiff *pro se* filed his Verified Complaint [DE 01].
2. On or after January 24, 2014, Defendant has filed various documents [DE 7, 9, 10, 14].
3. As of today the Plaintiff *pro se* <u>has received NONE</u> of defendants filings in the mail.
4. On March 8, 2014, the Plaintiff pro se <u>did notify</u> the Defendant's counsel in writing of the lack of service of all of its various filings under FRCP Rule 5.2(b);
5. Moreover, the *pro se* <u>did notify</u> counsel: "I have not waived receipt of service by US Mail ..., and I do not intend to do so." (*see* attached Exhibit A)
6. The Plaintiff *pro se*, in writing and in conversation, <u>did request</u> counsel serve all filings on him by US Mail and he has not agreed to any other means of service in writing, or otherwise.
7. In this District Court *pro se* parties are prohibited from participating in CM/ECF and therefore do not and cannot receive e-Service or e-Serve.

8. L.R. 5.1(b) states in part: "pro se parties are exempted from this requirement pursuant to Section 2C of the CM/ECF Administrative Procedures."
9. Section 2C of the CM/ECF Administrative Procedures states in part: "Pro se litigants will be served and noticed by U.S. mail or in person";
10. The proper procedure is made explicitly clear wherein Section 2C of the CM/ECF Administrative Procedures states:

    > "A party who is not a User or is not otherwise authorized to electronically receive Notices of Electronic Filing is entitled to a paper copy of any electronically-filed document. **It is the responsibility of the filing party to provide the party with the electronically-filed document according to the Federal Rules of Civil Procedure.** When mailing paper copies of documents that have been electronically filed, the filing party **must include** the Notice of Electronic Filing to provide the recipient with proof of the filing." (emphasis added)

11. Addressing how service is made, FRCP Rule 5(b)(2)(C) states in part: "mailing it to the person's last known address".
12. Though the *pro se* requested counsel mail all of its filings in this matter to him, defendant's counsel has <u>continually failed to mail any of its filings to the *pro se*</u>, and thereby prejudices the Plaintiff *pro se*.

<u>**CERTIFICATE OF GOOD FAITH**</u>

Pursuant to Local Rule 7.1(a)(3), Plaintiff *pro se* hereby certifies that he conferred with counsel for the Defendant, Matthew L. Schulis, by telephone on March 10, 2014, on this matter, and further by electronic mail on March 13 & 20, 2014, and that counsel for the Defendant did not oppose or concur with the relief requested. (*see* attached Exhibits B & C)

**WHEREFORE**, the Plaintiff *pro se*, John Pinson, respectfully moves this Honorable Court to issue an Order to: Order Defendant, Albertelli Law Partners LLC, to serve and notice the Plaintiff pro se with all filings by US Mail; and any other relief as deemed equitable and just.

Dated: March 24, 2014          Respectfully Submitted,

_____
John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
561-833-4816

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed March 24, 2014

_____
John Pinson

**Service List**

Rubina K. Shaldjian, Esq.
rshaldjian@albertellilaw.com
Albertelli Law Partners LLC
P.O. Box 23028
Tampa, FL 33623
Tel. 813-221-4743 x1508
Fax. 813-221-9171
*Attorney for Defendant:*
Albertelli Law Partners LLC

CASE NO.: 9:14-cv-80009-KLR

# "Exhibit A"

John Pinson vs. Albertelli Law Partners LLC



**John Pinson**
526 Westwood Road
West Palm Beach, Florida 33401

<u>***Via U.S. First Class Mail and e-Mail***</u>

March 8, 2014

Rubina K. Shaldjian, ESQ.
Albertelli Law Partners, LLC
P.O. Box 23028
Tampa, FL 33623

    Re:   **Pinson v. Albertelli Law Partners LLC**
           <u>**Case No.: 9:14-cv-80009-KLR**</u>

Dear Ms. Shaldjian:

    Regarding the above captioned and in a good faith effort to resolve the following matters, I did telephone you yesterday and left voice mail but have received no response. Therefore, I now write you to seek a resolution.

    Though, if I had been properly consulted with per Local Rule 7.1, I would not have unreasonably opposed your motion for enlargement of time, I do make note of your failure to comply with Local Rule 7.1(a)(3) and conference prior to motion.

    Further, you have failed to serve on me any of your Notice or Motion filings per FRCP Rule 5; Pro se litigants may not participate in CM/ECF in this District, therefore I do not and cannot receive e-serve. Moreover, I have not waived receipt of service by US mail under FRCP Rule 5(b)(2) and I do not intend to do so.

    Though I have not reviewed any of your filings myself, as they were not served on me, the Clerks office informed me that in your last filing it appears that you are mailing to the wrong person and the wrong address. This may be why I have received nothing in the mail from you to date.

    In order to resolve these matters in good faith, amicably, and without Court intervention, please correct your filings on the docket and serve all of them on me via US mail to my above address of record. Once received, and if a responsive pleading is necessary, I would seek your cooperation by not opposing a motion for enlargement of time to respond.

March 8, 2014 - Letter to Rubina K. Shaldjian - Case No.: 9:14-cv-80009-KLR - Page **1** of **2**



Please consider this my good faith effort to resolve these matters without Court intervention.

Should you wish to discuss the matter, do not hesitate to contact me.

Thanking you for your prompt attention and cooperation, I am

Yours Sincerely,

John Pinson

JP:
CC: via e-Mail: rshaldjian@albertellilaw.com

CASE NO.: 9:14-cv-80009-KLR

# "Exhibit B"

John Pinson vs. Albertelli Law Partners LLC



# John D Pinson

| | |
|---|---|
| **From:** | John D Pinson <john@pinson.com> |
| **Sent:** | Thursday, March 13, 2014 12:59 PM |
| **To:** | 'Matthew Schulis' |
| **Cc:** | 'Rubina Shaldjian'; akourofsky@albertellilaw.com; nreed@albertellilaw.com |
| **Subject:** | RE: RE: Pinson v Albertelli Law Partners LLC - Case No.: 9:14-cv-80009-KLR (ALaw File No.: 14-128384) |
| **Importance:** | High |

Mr. Schulis, et. al.,

At this time, I have not received of your motion to dismiss [DE 09] that you indicated you mailed to me on March 10, 2014, yet which was filed with the Court on February 26, 2014.

Because of personal and business commitments and time constraints, I would need additional time to research and respond properly to your motion to dismiss.

I intend to request a 30 day enlargement of time to respond to your motion. I trust you will afford me the same courtesy here that I indicated I would have provided your firm had it bothered to conference with me per L.R. 7.1 prior to filing its motion for enlargement [DE 07].

Please respond with your concurrence or objection so I may properly draft and file my request for relief from the Court.

If I have not heard from you by 3:00 p.m. Friday March 14, 2014, I will have no choice but to request that relief from the Court without your agreement.

Sincerely,

John

John Pinson
561-329-2524
john@pinson.com

---

**From:** John D Pinson [mailto:john@pinson.com]
**Sent:** Thursday, March 13, 2014 11:53 AM
**To:** 'Matthew Schulis'
**Cc:** 'Rubina Shaldjian'
**Subject:** RE: RE: Pinson v Albertelli Law Partners LLC - Case No.: 9:14-cv-80009-KLR (ALaw File No.: 14-128384)
**Importance:** High

Mr. Schulis,

I just tried to reach you by telephone and left you a voice mail at 11:45 AM.

Checking with the Clerks office, you have failed filed in your "Notice of Corrective Service for our Motion to Dismiss" as we discussed and you agreed to do.

1

(5/10)

I still have not received service of any of your firms filings in the mail.

My communication here is not for settlement discussion; a demand letter was provided under separate cover, yesterday.

This is a good faith attempt to resolve this matter of lack of service without Court intervention.

Please contact me as I am contemplating my next steps.

Sincerely,

Thanks!

John Pinson
561-329-2524
john@pinson.com

---

**From:** Matthew Schulis [mailto:mschulis@albertellilaw.com]
**Sent:** Monday, March 10, 2014 5:01 PM
**To:** 'john@pinson.com'
**Cc:** Rubina Shaldjian
**Subject:** RE: RE: Pinson v Albertelli Law Partners LLC - Case No.: 9:14-cv-80009-KLR (ALaw File No.: 14-128384)

-COMMUNICATION CONTAINS CONFIDENTIAL SETTLEMENT NEGOTIATIONS-

Mr. Pinson,

Per your request made during our telephone conversation this afternoon, March 10, 2014, please prepare a confidential demand letter containing your proposed settlement terms.

Additionally, as we discussed we will be preparing a Notice of Corrective Service for our Motion to Dismiss indicating it is being sent via USPS regular mail today and courtesy copies have been provided via email however you have not waived your receipt of service under FRCP Rule 5(b)(2).

I look forward to discussing this matter further with you in the near future.

Cordially,



**Matthew L. Schulis, Esq. | Associate Attorney, General Litigation and Bankruptcy**

O: (813) 221-4743 ext. 2621   | F: (813) 221-9171

E: mschulis@Albertellilaw.com

This communication, together with any attachments hereto or links contained herein, is intended for the use of the intended recipient(s) only and may contain information that is confidential or legally protected. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please notify the sender immediately by return e-mail message and delete all copies of the original communication, along with any attachments hereto or links herein, from your system. THIS LAW FIRM MAY BE DEEMED A "DEBT COLLECTOR" UNDER THE FAIR DEBT COLLECTION PRACTICES ACT. ANY AND ALL INFORMATION OBTAINED MAY BE USED FOR THE PURPOSE OF COLLECTING A DEBT. CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments to this email, is not intended or written to be

6/10

used, and cannot be used, by any person for the purpose of (i) avoiding penalties under U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

**The following communication is privileged within the meaning and intent of Fed. R. Evid. 408 and Fla. Stat. § 90.408 and other applicable law and may not be deemed as an admission against interest pursuant to Fed. R. Evid. 801(d)(2), Fla. Stat. § 90.408, Fed R. Bankr. Proc. 9017, or otherwise, or as a waiver of any rights.**

**NOTICE REGARDING DESIGNATED EMAIL ADDRESS FOR SERVICE** The email address from which this email was sent is for correspondence only. It has not been designated for service of documents and pleadings and any attempted service to this address will be considered a nullity. The designated email address for service to Albertelli Law is as follows: servealaw@albertellilaw.com

3



CASE NO.: 9:14-cv-80009-KLR

# "Exhibit C"

John Pinson vs. Albertelli Law Partners LLC



# John D Pinson

**From:** John D Pinson <john@pinson.com>
**Sent:** Thursday, March 20, 2014 4:54 PM
**To:** Matthew Schulis
**Cc:** Rubina Shaldjian; Amber Kourofsky
**Subject:** Pinson v Albertelli Law Partners LLC - Case No.: 9:14-cv-80009-KLR

Mr. Schulis, et. al.,

At this time, I have received NONE of your filings by US mail that you indicated and agreed you would serve on me by US mail, during our good faith conference to resolve this matter without Court intervention, on March 10, 2014.

On March 8, 2014, I noticed your firm in writing that I have not and do not intend to waive my rights for service by US mail under Rule 5(b)(2).

Further, I have not agreed in writing to service by alternate means such as FedEx; the document [DE 14] you did send to me by FedEx on March 14, 2014 was not served according to the Rules. Moreover, I have not received a copy of the document [DE 14] by US Mail as indicated in the certificate of service.

I intend to file a motion requesting an Order from the Court ordering defendants counsel to serve and notice the plaintiff pro se by US Mail per FRCP Rule 5(b)(2)(c).

Please respond with your concurrence or objection so I may properly draft and file my request for relief from the Court.

If I have not heard from you by 5:00 PM Friday March 21, 2014, I will have no choice but to request that relief from the Court without your agreement.

Sincerely,

John

John Pinson
561-329-2524
john@pinson.com

1



# John D Pinson

| | |
|---|---|
| **From:** | Matthew Schulis <mschulis@albertellilaw.com> |
| **To:** | John D Pinson |
| **Sent:** | Thursday, March 20, 2014 4:56 PM |
| **Subject:** | Read: Pinson v Albertelli Law Partners LLC - Case No.: 9:14-cv-80009-KLR |

Your message was read on Thursday, March 20, 2014 8:55:54 PM UTC.

