AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 9: 14-cv-80009

FILED by _____ D.C.
MAR 24 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  ALBERTELLI LAW PARTNERS, LLC

was received by me on *(date)* ___03/07/2014___ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Served by U.S. Priority Certified Mail # 7012 1010 0001 1870 9862 Return Receipt Requested and mailed on March 8, 2014, to counsel of record on "Notice of Change of Responsible Attorney" [DE 10] Rubina K. Shaldjian of Albertelli Law Partners LLC: to the address: P.O. Box 23028, Tampa, FL 33623, and received on March 12, 2014.

My fees are $ ___5.00___ for travel and $ ___20.00___ for services, for a total of $ ___25.00___ .

I declare under penalty of perjury that this information is true.

Date: 3/17/14

_____
*Server's signature*

John A. Finger, III
*Printed name and title*

619 Sunset Road
West Palm Beach, Florida 33401
*Server's address*

Additional information regarding attempted service, etc:
A copy of the return receipt, the certified slip, and the USPS.com tracking information printout are attached as proof of receipt of service. The delivery address used was provided by the responsible attorney of record in Docket Entry #10.

1/4

CASE No.: 9:14-CV-80009

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Rubina K. Shaldjian, ESQ.
   Albertelli Law Partners LLC
   P.O. Box 23028
   Tampa, FL 33623

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   MAR 12 2014

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7012 1010 0001 1870 9862

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

7012 1010 0001 1870 9862

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postage   $5.60
Certified Fee   $3.30
Return Receipt Fee (Endorsement Required)   $2.70
Restricted Delivery Fee (Endorsement Required)   $0.00
Total Postage & Fees   $11.60

Sent To: Rubina K. Shaldjian, ESQ.
Street, Apt No.; or PO Box No.: Albertelli Law Partners LLC
                                P.O. Box 23028
City, State, ZIP+4: Tampa, FL 33623

Postmark: WEST PALM BEACH, FL GMF WINDOW  MAR -8 2014

PS Form 3800, August 2006

(2/4)

| | | | | |
|---|---|---|---|---|
| English | Customer Service | USPS Mobile | | Register / Sign In |

# USPS.COM

Search USPS.com or Track Packages

**Quick Tools**
Track
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Look Up a ZIP Code™
Hold Mail
Change of Address

Ship a Package   Send Mail   Manage Your Mail   Shop   Business Solutions

## USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

**Tracking Number:** 70121010000118709862

**Expected Delivery Day:** Monday, March 10, 2014

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Features:**
Certified Mail™   Return Receipt

## Available Actions

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 12, 2014, 8:03 am** | **Delivered** | **TAMPA, FL 33623** |
| March 11, 2014, 3:14 pm | Available for Pickup | TAMPA, FL 33630 |
| March 11, 2014, 3:13 pm | Available for Pickup | TAMPA, FL 33630 |
| March 11, 2014, 8:42 am | Sorting Complete | TAMPA, FL 33630 |
| March 11, 2014, 8:32 am | Available for Pickup | TAMPA, FL 33623 |
| March 11, 2014, 8:23 am | Arrival at Unit | TAMPA, FL 33630 |
| March 10, 2014 | Depart USPS Sort Facility | TAMPA, FL 33605 |
| March 9, 2014, 9:07 pm | Processed at USPS Origin Sort Facility | TAMPA, FL 33605 |
| March 9, 2014 | Depart USPS Sort Facility | OPA LOCKA, FL 33054 |
| March 8, 2014, 11:39 pm | Processed at USPS Origin Sort Facility | OPA LOCKA, FL 33054 |
| March 8, 2014, 7:59 pm | Dispatched to Sort Facility | WEST PALM BEACH, FL 33416 |
| March 8, 2014, 3:23 pm | Acceptance | WEST PALM BEACH, FL 33416 |

## Track Another Package

What's your tracking (or receipt) number?

Track It

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | USPS Service Alerts › | Inspector General › |


(3/4)

https://tools.usps.com/go/TrackConfirmAction.action?tRef=fullpage&tLc=1&text28777=...   3/12/2014

| No FEAR Act EEO Data › | Customer Service ›<br>Delivering Solutions to the Last Mile ›<br>Site Index › | Forms & Publications ›<br>Careers › | Postal Explorer |

**USPS.COM** | Copyright© 2014 USPS. All Rights Reserved.

(4/4)