# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

### CASE NO.: 9:14-cv-80009-KLR

**John Pinson,**

    Plaintiff

vs

**ALBERTELLI LAW PARTNERS LLC,**

A Florida LLC,

    Defendant    /



## PLAINTIFF *PRO SE'S* AMENDED CERTIFICATION OF INTERESTED PARTIES

COMES NOW Plaintiff *pro se*, John Pinson, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, who hereby serves this amended certification of interested parties in the above styled cause of action. To the best of Plaintiff *pro se's* knowledge the below named entities and individuals are the only ones with a financial interest in the outcome of this litigation.

**Plaintiff:**

John Pinson, *pro se*

**Defendant:**

Albertelli Law Partners LLC

James E Albertelli PA

Dated: May 2, 2014

Respectfully Submitted,

John Pinson, *pro se*
526 Westwood Road
West Palm Beach, Florida 33401
561-833-4816
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed May 2, 2014

John Pinson

### Service List

Rubina K. Shaldjian, Esq.
rshaldjian@albertellilaw.com
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
Tel. 813-221-4743 x1508
Fax. 813-221-9171
Attorney for Defendant:
Albertelli Law Partners LLC

Matthew L. Schulis, Esq.
mschulis@albertellilaw.com
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
Tel: 813-221-4743x 2621
Fax: 813-221-9171
Attorney for Defendant:
James E Albertelli PA