AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 9:14-CV-80009-KLR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JAMES E ALBERTELLI PA
was received by me on *(date)* 04/22/2014 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Served by U.S. Priority Certified Mail # 7012 3460 0003 6171 9415 Return Receipt Requested and mailed on April 24, 2014, to the counsel of record Matthew Schulis Esq. of Albertelli Law, who appears on the Docket with mail address: 5404 Cypress Center Dr. Ste 300, Tampa, FL 33609, and was received on April 28, 2014.

My fees are $ 5.00 for travel and $ 20.00 for services, for a total of $ 25.00 .

I declare under penalty of perjury that this information is true.

Date: 5/9/2014

*Server's signature*

John A. Finger, III
*Printed name and title*

619 Sunset Road
West Palm Beach, Florida 33401

*Server's address*

Additional information regarding attempted service, etc:
A copy of the return receipt, the certified slip, and the USPS.com tracking information printout are attached as proof of receipt of service. The delivery address used was provided by the responsible attorney of record for the defendant as listed on the Docket as the Attorney to be Noticed.



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Matthew Schulis, Esq.
Albertelli Law
5404 Cypress Center Dr. Ste 300
Tampa, FL 33609

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Amanda Elliott ☐ Agent ☐ Addressee

B. Received by (Printed Name) Amanda Elliott C. Date of Delivery 4/28

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7012 3460 0003 6171 9415

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

---

7012 3460 0003 6171 9415

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $5.60 |
| Certified Fee | $3.30 |
| Return Receipt Fee (Endorsement Required) | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $11.60 |

Postmark Here — WEST PALM BEACH — APR 24 2014

Sent To
Street, Apt. No., or PO Box No.
City, State, ZIP+4

Matthew Schulis, Esq.
Albertelli Law
5404 Cypress Center Dr. Ste 300
Tampa, FL 33609

PS Form ... See Reverse for Instructions

English | Customer Service | USPS Mobile | Register / Sign In



Search USPS.com or Track Packages

Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

# USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

Tracking Number: 70123460000361719415

Expected Delivery Day: **Saturday, April 26, 2014**

## Product & Tracking Information

## Available Actions

**Postal Product:**
Priority Mail 2-Day™

**Features:**
Certified Mail™  Return Receipt

USPS Text Tracking™

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **April 28, 2014, 1:00 pm** | **Delivered** | **TAMPA, FL 33609** |

Your item was delivered at 1:00 pm on April 28, 2014 in TAMPA, FL 33609.

| | | |
|---|---|---|
| April 26, 2014, 8:46 am | Out for Delivery | TAMPA, FL 33607 |
| April 26, 2014, 8:36 am | Sorting Complete | TAMPA, FL 33607 |
| April 26, 2014, 3:58 am | Arrival at Unit | TAMPA, FL 33607 |
| April 25, 2014, 1:39 pm | Processed at USPS Origin Sort Facility | TAMPA, FL 33605 |
| April 25, 2014, 1:41 am | Depart USPS Sort Facility | OPA LOCKA, FL 33054 |
| April 25, 2014, 12:33 am | Processed at USPS Origin Sort Facility | OPA LOCKA, FL 33054 |
| April 24, 2014, 9:20 pm | Depart Post Office | WEST PALM BEACH, FL 33416 |
| April 24, 2014, 8:01 pm | Acceptance | WEST PALM BEACH, FL 33416 |

## Track Another Package

**What's your tracking (or receipt) number?**

Track It

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum ›

Copyright© 2014 USPS. All Rights Reserved

5/9/2014