UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 14-CV-80009-RYSKAMP/HOPKINS

JOHN PINSON,

    Plaintiff,

v.

ALBERTELLI LAW PARTNERS LLC et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on the report of United States Magistrate Judge Hopkins **[DE 29]** entered on June 2, 2014. Plaintiff filed objections **[DE 30]** to the Magistrate's report on June 19, 2014. This matter is ripe for adjudication.

The Court has conducted a *de novo* review of the report, objections, and pertinent portions of the record. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

    (1) The report of United States Magistrate Judge Hopkins **[DE 29]** be, and the same hereby is **RATIFIED, AFFIRMED and APPROVED** in its entirety; and

    (2) Defendants' motion to dismiss the amended complaint **[DE 22]** is **GRANTED**, and Plaintiff's amended complaint **[DE 19]** is **DISMISSED WITH PREJUDICE**.

1

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 30 day of July, 2014.

<u>Kenneth L. Ryskamp</u><br>
KENNETH L. RYSKAMP<br>
UNITED STATES DISTRICT JUDGE