


# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

### CASE NO.: 9:14-cv-80009-KLR

**John Pinson,**

    Plaintiff

vs

**ALBERTELLI LAW PARTNERS LLC, et. al**

    _____Defendant_____/

## NOTICE OF APPEAL

Notice is hereby given that John Pinson, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from an Order [DE 32], adopting report of magistrate judge [DE 29], granting Defendant's motion to dismiss and dismissing Plaintiff's amended complaint with prejudice, entered in this action on the 30th day of July, 2014.

Dated: August 28, 2014

Respectfully Submitted,

John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
561-833-4816
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed August 28, 2014

/s/ John Pinson

John Pinson

### Service List

| | |
|---|---|
| Rubina K. Shaldjian, Esq. | Matthew L. Schulis, Esq. |
| rshaldjian@albertellilaw.com | mschulis@albertellilaw.com |
| Albertelli Law | Albertelli Law |
| P.O. Box 23028 | P.O. Box 23028 |
| Tampa, FL 33623 | Tampa, FL 33623 |
| Tel. 813-221-4743 x1508 | Tel: 813-221-4743x 2621 |
| Fax. 813-221-9171 | Fax: 813-221-9171 |
| *Attorney for Defendant:* | *Attorney for Defendant:* |
| Albertelli Law Partners LLC | James E Albertelli PA |