# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

## PART I.        TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: __John Pinson__ vs __Albertelli Law Partners, et al.__

District Court No.: __14-CV-80009-KLR__ Date Notice of Appeal Filed: __8-28-14__ Court of Appeals No.: __14-13900-CC__ (If Available)

CHOOSE ONE:  ☒ No hearing    ☐ No transcript is required for appeal purposes    ☐ All necessary transcript(s) on file
☐ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

|  | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | | | |
| ☐ Trial | | | |
| ☐ Sentence | | | |
| ☐ Other | | | |

FILED by ___ D.C.
SEP 10 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA.

## METHOD OF PAYMENT:

☐ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: __John Pinson__

Name of Firm: __Pro Se__

Street Address/P.O. Box: __526 Westwood Road__

City/State/Zip Code: __West Palm Beach, Florida 33401__   Phone No.: __561-329-2524__

*I certify that I have filed the original (Yellow page) with the District Court Clerk, sent the Pink and Green pages to the appropriate Court Reporter(s) if ordering a transcript, and sent a photocopy to the Court of Appeals Clerk and to all parties.*

DATE: __9-8-14__   SIGNED: _____   Attorney for: __Pro Se Plaintiff__

## PART II.        COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file Pink page with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a photocopy to the Court of Appeals Clerk and to all parties, and retain the Green page to provide notification when transcript filed.*

Date Transcript Order received:_____
☐ Satisfactory arrangements for paying the cost of the transcript were completed on:_____
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days:_____   Estimated no. of transcript pages:_____   Estimated filing date:_____

DATE:_____   SIGNED:_____   Phone No.:_____

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III.   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file Green page with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a photocopy of the completed Green page to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): _____

Actual No. of Volumes and Hearing Dates:_____

Date:_____   Signature of Court Reporter:_____

GPO: U.S. GOVERNMENT PRINTING OFFICE: 2005-736-744

**John Pinson**
526 Westwood Road
West Palm Beach, Florida 33401

<u>**Via U.S. First Class Mail**</u>

September 6, 2014

U.S. District Court Clerk
**Attn: Court Reporter Coordinator**
400 N. Miami Avenue
Miami Florida 33128

      Re:    Style: John Pinson v. Albertelli Law Partners LLC, et al
              District Court No.: 9:14-cv-80009-KLR
              Appeal No.:14-13900-CC

Dear Coordinator:

    Regarding the above captioned, enclosed you will find the following items pertaining thereto:

1. Eleventh Circuit Transcript Information Form.

    Thanking you for your attention in this matter, I am

                                Yours Sincerely,

                                John Pinson

JP
Enc.  11th Cir. TIF Form ✓
CC:   Albertelli Law
       Court of Appeals for the 11th Circuit



WEST PALM BCH FL 334

RECEIVED

SEP 09 2014 12:49 PM

**USMS INSPECTED**

U.S. District Court Clerk
Attn: Court Reporter Coordinator
400 N. Miami Avenue
Miami Florida 33128

33120771699

John Pinson
PO Box 3386
P.B., FL 33480