UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 14-CV-80009-RYSKAMP/HOPKINS

JOHN PINSON

    Plaintiff,

v.

ALBERTI LAW PARTNERS, LLC, et al., ,

    Defendants.
_____/

## ORDER ON REMAND

**THIS CAUSE** comes before the Court pursuant to the August 7, 2015, mandate of the United States Court of Appeals for the Eleventh Circuit. Therein, the Eleventh Circuit affirmed this Court's order dismissing *pro se* Plaintiff John Pinson's ("Plaintiff") amended complaint with respect to an August 13 letter, but reversed the order regarding two December 24 letters. Therefore, the Eleventh Circuit remanded the case for further proceedings. **[DE 43]**.

This case involves a series of letters concerning Plaintiff's alleged delinquent mortgage loan. Plaintiff filed the instant complaint, claiming that Defendants improperly attempted to collect on the alleged debt and made false assertions for ownership in relation to the debt. Defendants thereafter moved to dismiss **[DE 22]**.

On June 2, 2014 **[DE 29]**, the Magistrate Judge James M. Hopkins recommended that Defendants' motion to dismiss be granted because certain letters—August 13 and December 24 letters—sent by Defendants to Plaintiff were in response to Plaintiff's own requests, not to

1

demand payment. Therefore, the report and recommendation indicated that the letters did not constitute an attempt to collect on a debt.

On July 30, 2014, this Court adopted the report and recommendations and granted Defendants' motion to dismiss with prejudice **[DE 32]**. However, the Eleventh Circuit thereafter found that the August 13 letter was not sent in connection to the collection of a debt, but the December 24 letters were communications sent in connection with the collection of a debt. Therefore, the Eleventh Circuit found that this Court erred in dismissing Plaintiff's complaint with respect to the two December 24 letters.

Accordingly, the Court vacates its order in part **[DE 32]** adopting the report and recommendations of the Magistrate Judge. With respect to the December 24 letters, the case will proceed. Plaintiff shall file an amended complaint regarding such letters within fourteen (14) days of this order. The Clerk of the Court is directed to **OPEN** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 25 day of August 2015.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE