# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

### CASE NO.: 9:14-cv-80009-KLR

John Pinson,

    Plaintiff

vs

ALBERTELLI LAW PARTNERS LLC, et. al

    Defendant    /

FILED BY _____ D.C.

SEP 09 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - WPB

## NOTICE OF UNAVAILABILITY

1. NOTICE IS HEREBY given that John Pinson, pro se, will be unavailable from September 14, 2015 through September 25, 2015.

2. The undersigned requests that no hearings, depositions, conferences, trials, or other matters that will require the undersigned's attendance and/or action be scheduled during that time and that all pending matters be abated until his return. The service and filing of this notice shall constitute an application and request for continuance, extension of time, and/or protective order regarding any matters during the stated period, as may be appropriate.

Dated: September 8, 2015           Respectfully Submitted,

                                                           John Pinson, pro se
                                                           526 Westwood Road
                                                          West Palm Beach, Florida 33401
                                                          561-833-4816
                                                          john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court via US Mail, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed September 8, 2015

John Pinson

### Service List

Rubina K. Shaldjian, Esq.
rshaldjian@albertellilaw.com
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
Tel. 813-221-4743 x1508
Fax. 813-221-9171
*Attorney for Defendant:*
Albertelli Law Partners LLC

Matthew L. Schulis, Esq.
mschulis@albertellilaw.com
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
Tel: 813-221-4743x 2621
Fax: 813-221-9171
*Attorney for Defendant:*
James E Albertelli PA;
Albertelli Law Partners LLC

John Pinson
PO Box 3386
P.B., FL 33480

Clerk' Office
U.S. District Court
701 Clematis Street Room 202
West Palm Beach, FL 33401