UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

John Pinson
        Plaintiff,
vs.                                                        Case No.: 9:14-cv-80009-KLR

Albertelli Law Partners LLC,
A Florida LLC
        Defendant.
_____/

## RENEWED MOTION TO DISMISS WITH PREJUDICE

COMES NOW James E. Albertelli, P.A., improperly named as Albertelli Law Partners, LLC ("Albertelli"), by and through undersigned counsel, moves to dismiss the First Amended Verified Complaint ("Amended Complaint") with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), and in support thereof states as follows:

1. Plaintiff filed this Complaint on January 6, 2014, alleging violations of the Fair Debt Collection Practices Act (hereinafter "FDCPA"), 15 U.S.C. §1692, et seq., and the Florida Consumer Collection Practices Act (hereinafter "FCCPA"), Fla. Stat. §559 et seq. against Albertelli Law for allegedly attempting to collect a debt and making false assertions as to the ownership of the debt (Docket No.: 1).

2. Defendant Albertelli moved to dismiss this complaint on February 26, 2014 (Docket No.: 9).

3. Plaintiff amended his Complaint on March 25, 2014 (Docket No.: 19).

4. Defendant Albertelli filed a Renewed Motion to Dismiss on April 15, 2014 (Docket No.: 22).

5. The U.S. Magistrate Judge considered the matters and factually determined that the letters issued a Report & Recommendation in which the Judge recommended granting Defendant Albertelli's Motion to Dismiss (Docket No.: 29).

6. This Honorable Court reviewed the U.S. Magistrate Judge's Report and Recommendations de novo, and on July 30, 2014 upheld the factual findings that and entered an Order Adopting Order Adopting Report And Recommendations Of Magistrate Judge dismissing this action with prejudice (Docket No.: 32).

7. Plaintiff then filed a Notice of Interlocutory Appeal and took an Appeal with the Eleventh Circuit Court of Appeals (Appellate Case No.: 14-13900).

8. On August 7, 2015 the Eleventh Circuit Court of Appeals issued a Judgment Affirming The District Court's Order Dismissing Pinson's Amended Complaint With Respect To The August 13 Letter, but Reversed the District Court's Order with respect to the two December 24 Letters, and remanded the case for further proceedings (Docket No.: 43).

9. On August 25, 2015 this Honorable Court issued an Order on Remand ordering the Plaintiff to file an Amended Complaint within fourteen (14) days of that order (Docket No.: 44).

10. The deadline for Plaintiff to file a Second Amended Complaint was September 8, 2015.

11. To date, no amended complaint has been filed.

WHEREFORE, Defendant Albertelli respectfully requests that this Honorable Court dismiss this action with prejudice, award Defendant reasonable attorney's fees and costs and order any further relief it deems just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of Albertelli's Renewed Motion to Dismiss was furnished via email/ eServe and/or U.S. Mail this  9th  day of September, 2015 to the following.

By: /s/ Matthew L. Schulis, Esq.
Matthew L. Schulis, Esquire
Florida Bar Number: 57116
mschulis@albertellilaw.com
ALBERTELLI LAW
P.O. Box 23028
Tampa, FL 33623
Tel: (813) 221-4743x 2621
Fax: (813) 221-9171
eService: servealaw@albertellilaw.com

**Service List**

John Pinson
526 Westwood Road
West Palm Beach, FL 33401
john@pinson.com