UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:14-cv-80009-KLR

FILED BY _____ D.C.

OCT 15 2015

John Pinson,

    Plaintiff

vs

**ALBERTELLI LAW PARTNERS LLC, et. al**

    Defendant   /

## PLAINTIFF UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

    **COMES NOW**, the Plaintiff *pro se*, John Pinson, pursuant to F.R.C.P. Rule 6 and L.R. 7.1, who hereby respectfully requests that the Honorable Court grant him an Enlargement of Time to prepare and submit his response to the Defendant's Motion to Dismiss [DE 51], and in support thereof states:

1. Plaintiff's response to the Defendants' motion to dismiss [DE 51] is currently due on October 19, 2015, and Plaintiff seeks a fourteen (14) day enlargement of time to file his response, through and including November 2, 2015.
2. Plaintiff received the motion to dismiss by U.S. mail on October 6, 2015.
3. Because the Plaintiff is currently experiencing an illness and treatment that makes it difficult to focus and concentrate, plaintiff cannot sit at the computer for long periods and needs additional time to respond properly to the Defendants' motion.
4. Plaintiff is *pro se* and does not have a support staff to assist him in in typing and research; the Defendant has filed a ten (10) page, motion to dismiss.
5. This request for enlargement of time is made in good faith, not for the purpose of undue delay, burden or prejudice. No party to the action will be prejudiced by the relief requested.
6. By and through counsel, Defendants have confirmed they are unopposed to a fourteen (14) day extension, through and including November 2, 2015, for Plaintiff to respond to their Motion to Dismiss [DE 51].

## CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 7.1(a)(3), Plaintiff *pro se* hereby certifies that he conferred with opposing counsel, Matthew L. Schulis, Esq., and that via e-mail on October 14, 2015 Mr. Schulis stated Defendants were "unopposed" with the relief requested.

**WHEREFORE**, the Plaintiff *pro se*, John Pinson, respectfully moves this Honorable Court to issue an Order: granting this unopposed motion for an enlargement of time of fourteen (14) days, through and including November 2, 2015, within which to submit his response to Defendants' Motion to Dismiss [DE 51]; and any other relief as deemed equitable and just.

Dated: October 14, 2015

Respectfully Submitted,

John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
561-833-4816
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed October 14, 2015

John Pinson

### Service List

| | |
|---|---|
| Rubina K. Shaldjian, Esq. | Matthew L. Schulis, Esq. |
| rshaldjian@albertellilaw.com | mschulis@albertellilaw.com |
| Albertelli Law | Albertelli Law |
| P.O. Box 23028 | P.O. Box 23028 |
| Tampa, FL 33623 | Tampa, FL 33623 |
| Tel. 813-221-4743 x1508 | Tel: 813-221-4743x 2621 |
| Fax. 813-221-9171 | Fax: 813-221-9171 |
| Attorney for Defendant: | Attorney for Defendant: |
| Albertelli Law Partners LLC | James E Albertelli PA |