UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**JOHN PINSON**

    Plaintiff,

vs.                                                                        Case No.: 9:14-cv-80009-KLR

**ALBERTELLI LAW PARTNERS LLC,**
a Florida LLC; and

**JAMES E. ALBERTELLI P.A.**
A Florida Professional Association,

    Defendant.
_____/

**DEFENDANT, ALBERTELLI LAW PARTNERS, LLC'S
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Albertelli Law Partners, LLC, (hereinafter "Albertelli Law") by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) hereby requests the Court enter an Order granting it an extension of time within which to respond to Plaintiff's Complaint, and states:

1. This is an action brought for damages for violations of the Fair Debt Collection Practices Act, damages for violations of the Florida Consumer Collection Practices Act, and for declaratory and injunctive relief.

2. Plaintiff filed his Second Amended Complaint (DE 48) on September 10, 2015. Defendant filed their Motion to Dismiss Second Amended Complaint (DE 51) on October 1, 2015. Plaintiff has filed his Response in Opposition to the Defendant's Motion to Dismiss Second Amended Complaint (DE 54) on November 2, 2015.

1

3. The office of the undersigned recently experience staffing fluctuations complicating this completion of this Reply and necessitating this request for an extension of time.

4. The undersigned respectfully requests a (8) day extension of time through Friday November 20, 2015 to respond to Plaintiff's Response to Defendant's Motion to Dismiss Second Amended Complaint.

5. This case is in its early stages. Discovery has not commenced, and trial is not imminent. As such, undersigned does not believe any party would be prejudiced by the extension requested.

6. This request for an extension of time is not made for the purpose of delay or for any other improper purpose.

7. The undersigned has consulted with the Plaintiff in advance of this motion and the Plaintiff has indicated via email that he has no objection to an extension through November 20, 2015.

WHEREFORE the Defendant, Albertelli Law, requests an Order from the Court allowing it an additional eight (8) days through Friday November 20, 2015 in which to file a Reply to the Plaintiff's response and grant such other and further relief this Honorable Court deems just and proper.

Respectfully submitted,

ALBERTELLI LAW

Submitted: November 12, 2015  　　　／s／ Matthew L. Schulis, Esq.
　　　　　　　　　　　　　　　　　Matthew L. Schulis, Esq.

FBN: 57116
mschulis@albertellilaw.com
ALBERTELLI LAW
5404 Cypress Center Drive
Suite 300
Tampa, Florida 33609
Telephone: 813-221-4743 x2621
Facsimile: 813-221-9171

### CERTIFICATE OF CONFERENCE WITH OPPOSING PRO SE PARTY

The undersigned has conferred with the *Pro Se* Plaintiff via email and telephone regarding this Motion for Extension of Time. The *Pro Se* Plaintiff has indicated via email that he has no objection to the undersigned's requested relief.

By: /s/ Matthew L. Schulis, Esq.
Matthew L. Schulis, Esquire

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Defendant's Motion for Extension of Time was furnished via email/ eServe and/or U.S. Mail this  12th  day of November, 2015 to the attached service list.

By: /s/ Matthew L. Schulis
Matthew L. Schulis, Esquire
Florida Bar Number: 57116
mschulis@albertellilaw.com
ALBERTELLI LAW
P.O. Box 23028
Tampa, FL 33623
Tel: (813) 221-4743x 2621
Fax: (813) 221-9171
eService: servealaw@albertellilaw.com

**Service List**

John Pinson
526 Westwood Road
West Palm Beach, FL 33401
john@pinson.com