UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**JOHN PINSON**

    Plaintiff,

vs.                                                                          Case No.: 9:14-cv-80009-KLR

**ALBERTELLI LAW PARTNERS LLC,**
a Florida LLC; and

**JAMES E. ALBERTELLI P.A.**
A Florida Professional Association,

       Defendant.
_____/

**DEFENDANT'S REPLY TO PLAINTIFF'S CORRECTED RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO AMEND CAPTION OR ALTERNATIVELY DEFENDANT'S MOTION TO DISMISS ALBERTELLI LAW PARTNERS LLC**

COMES NOW Defendant, JAMES E. ALBERTELLI P.A. d/b/a ALBERTELLI LAW, and successor by merger to ALBERTELLI LAW PARTNERS LLC, (hereinafter "Albertelli"), by and through undersigned counsel, hereby replies to Plaintiff's Corrected Response to Defendant's Motion Amend Caption Or Alternatively Defendant's Motion To Dismiss Albertelli Law Partners LLC ("Motion to Amend Caption") [D.E. 60] and states as follows:

**A. DEFENDANT JAMES E. ALBERTELLI P.A. D/B/A ALBERTELLI LAW IS THE SUCCESSOR BY MERGER TO ALBERTELLI LAW PARTNERS LLC.**

*(As a result of a scrivener's error, Defendant's Motion to Amend Case Caption or Alternatively Defendant's Motion to Dismiss Albertelli Law Partners LLC (D.E. 58) erroneously listed the date of the merger as April, 1, 2004. The correct date of the merger as indicated on the Florida Department of State- Division of Corporation's website (Sunbiz.org) is April 1, 20**14**.)*

Defendant ALBERTELLI LAW PARTNERS LLC became an inactive corporation as a result of a merger into James E. Albertelli P.A. on or about April 1, 2014 which was reported on the Florida Department of State- Division of Corporation's website (Sunbiz.org) under both Albertelli Law Partners LLC and James E. Albertelli P.A, Albertelli Law Partners LLC. As a result of the merger executed April 1, 2014 Albertelli Law Partners LLC ceased to exist and was wholly merged into the surviving entity, James E. Albertelli P.A. d/b/a Albertelli Law. Albertelli Law Partners LLC was wholly absorbed and merged into Defendant, James E. Albertelli P.A., with all assets, liabilities and potential claims against it (including this action) merging into the surviving entity.

As a result, Plaintiff is not negatively impacted or prejudiced by clarifying that the Defendant is only one (1) entity. Plaintiff's alleged claim(s) survive (*subject to this Honorable Court's anticipated ruling on Defendant's Motion to Dismiss Second Amended Complaint (D.E. #51)*) and remain against the surviving entity irregardless of the clarification. Moreover, the two alleged communications that are the subject of the Plaintiff's Second Amended Complaint (D.E. 48) were both sent by Defendant, James E. Albertelli P.A. d/b/a "Albertelli Law" as indicated in the Defendant's Fictitious Name registration. No letters bear the header of or are signed by Albertelli Law Partners LLC, as it is a non-entity. Additionally, by clarifying the Defendant is one (1) entity the court avoids duplicative work and a waste of judicial resources.

Respectfully submitted,

ALBERTELLI LAW

Submitted: December 15, 2015     /s/ Matthew L. Schulis, Esq.
                                 Matthew L. Schulis, Esq.

2

        FBN: 57116
mschulis@albertellilaw.com
ALBERTELLI LAW
5404 Cypress Center Drive
Suite 300
Tampa, Florida 33609
Tel: 813-221-4743 x2621
Fax: 813-221-9171
eService1: GenLit@albertellilaw.com
eService2: servealaw@albertellilaw.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of Defendant's Motion to Dismiss Second Amended Complaint was furnished via email/ eServe and/or U.S. Mail this  15th  day of December, 2015 to the attached service list.

By: _/s/_ Matthew L. Schulis
Matthew L. Schulis, Esquire
Florida Bar Number: 57116
mschulis@albertellilaw.com
ALBERTELLI LAW
P.O. Box 23028
Tampa, FL 33623
Tel: (813) 221-4743x 2621
Fax: (813) 221-9171
eService1: GenLit@albertellilaw.com
eService2: servealaw@albertellilaw.com

**Service List**

John Pinson
526 Westwood Road
West Palm Beach, FL 33401
john@pinson.com

3

Albertelli Law
P.O. Box 23028
Tampa, FL 33623

John Pinson
526 Westwood Road
West Palm Beach, FL 33401