UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**JOHN PINSON**

    Plaintiff,

vs.                                                                                         Case No.: 9:14-cv-80009-KLR

**ALBERTELLI LAW PARTNERS LLC,**
a Florida LLC; and

**JAMES E. ALBERTELLI P.A.**
A Florida Professional Association,

    Defendant.
_____/

## NOTICE OF UNAVAILABILITY

COMES NOW the undersigned counsel, and files this Notice of Unavailability, and states as follows:

1. The undersigned counsel hereby notifies this Honorable Court, all counsel of record and parties that he will be unavailable from December 23, 2015 through January 5, 2016.

2. The undersigned request that no appointments, mediations, conference, hearings, deadlines or other legal proceedings be scheduled during that time.

WHEREFORE, the undersigned respectfully requests that no appointments, mediations, conference, hearings, deadlines or other legal proceedings be scheduled during those time periods.

    Respectfully submitted,

    ALBERTELLI LAW

Submitted: December 15, 2015      /s/ Matthew L. Schulis, Esq.
    Matthew L. Schulis, Esq.

Page 1

FBN: 57116
mschulis@albertellilaw.com
ALBERTELLI LAW
5404 Cypress Center Drive
Suite 300
Tampa, Florida 33609
Tel: 813-221-4743 x2621
Fax: 813-221-9171
eService1: GenLit@albertellilaw.com
eService2: servealaw@albertellilaw.com

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of Defendant's Notice of Unavailibility was furnished via email/ eServe and/or U.S. Mail this  15th  day of December, 2015 to the attached service list.

By:  /s/  Matthew L. Schulis
Matthew L. Schulis, Esquire
Florida Bar Number: 57116
mschulis@albertellilaw.com
ALBERTELLI LAW
P.O. Box 23028
Tampa, FL 33623
Tel: (813) 221-4743x 2621
Fax: (813) 221-9171
eService1: GenLit@albertellilaw.com
eService2: servealaw@albertellilaw.com

**Service List**

John Pinson
526 Westwood Road
West Palm Beach, FL 33401
john@pinson.com