UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:14-cv-80009-KLR

John Pinson,

    Plaintiff

vs

ALBERTELLI LAW PARTNERS LLC, et. al

    Defendant    /



### PLAINTIFF'S MOTION TO COMPEL DEFENDANTS RULE 7.1 DISCLOSURES

**COMES NOW**, the Plaintiff *pro se*, John Pinson, pursuant to F.R.C.P. Rule 7.1, who hereby respectfully requests the Honorable Court issue an Order directing and requiring each Defendant to file Defendants Rule 7.1 Disclosures, and in support thereof states:

1. On January 6, 2014 Plaintiff filed his case in Federal Court.
2. On April 15, 2014 Defendants filed a Renewed Motion to Dismiss [DE 22].
3. Rule 7.1(b)(1) states: "(A party must:) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the Court…"
4. Each Defendant has failed to file their respective Rule 7.1 Disclosures.
5. Plaintiff is entitled to entry of an Order directing and requiring Defendant to file Defendants Rule 7.1 Disclosures.

### CERTIFICATE OF GOOD FAITH CONFERENCE
### UNABLE TO CONFER

Pursuant to Local Rule 7.1(a)(3)(B), I hereby certify that Plaintiff has made reasonable efforts to confer with all parties and non-parties who may be affected by the relief sought in the motion but has been unable to do so. The reasonable efforts made were specifically as follows:

On December 8, 2015, I sent an e-mail to Both counsel Schulis and counsel Shaldjian (attached as "Exhibit A"). I received a failed delivery message for Shaldjian ("Exhibit B") and called Albertelli Law and was told she is no longer with the firm; I was unable to reach Mr. Schulis on the phone and he did not reply to the e-mail.

**WHEREFORE**, the Plaintiff *pro se*, John Pinson, respectfully requests this Honorable Court to issue an Order: directing and requiring each Defendant to file the Defendants Rule 7.1 Disclosures; and any other relief as deemed equitable and just.

Dated: December 13, 2015    Respectfully Submitted,

John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
561-833-4816
john@pinson.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed December 13, 2015

John Pinson

### Service List

| | |
|---|---|
| Rubina K. Shaldjian, Esq. | Matthew L. Schulis, Esq. |
| rshaldjian@albertellilaw.com | mschulis@albertellilaw.com |
| Albertelli Law | Albertelli Law |
| P.O. Box 23028 | P.O. Box 23028 |
| Tampa, FL 33623 | Tampa, FL 33623 |
| Tel. 813-221-4743 x1508 | Tel: 813-221-4743x 2621 |
| Fax. 813-221-9171 | Fax: 813-221-9171 |
| Attorney for Defendant: | Attorney for Defendant: |
| Albertelli Law Partners LLC | James E Albertelli PA |

*[Handwritten note: ATTACHED: Exhibits A, B 3 pages total]*

## John D Pinson

| | |
|---|---|
| **From:** | John D Pinson <john@pinson.com> |
| **Sent:** | Tuesday, December 08, 2015 11:01 AM |
| **To:** | Matthew Schulis |
| **Cc:** | Rubina Shaldjian |
| **Subject:** | Pinson v Albertelli Law Partners LLC et. al. - Case No.: 9:14-cv-80009-KLR |
| **Importance:** | High |

Mr. Schulis,

To date, I have not received a copy of the corporate disclosure statement or certificate of interested parties, per Rule 7.1, for your clients. In review of the docket I cannot find either of the Defendants' Rule 7.1 Corporate Disclosure statement on file. If you have overlooked filing the required disclosures for your clients please do so now. This e-mail is my good faith attempt to confer with you and resolve this matter directly.

As you are aware, Rule 7.1(b)(1) states: "(A party must:) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the Court…". This case was filed on January 6, 2014, and the first motion by your firm was filed on January 24, 2014 and the first motion by both Defendants was filed on April 15, 2014 – Renewed Motion to Dismiss [DE 22]. The disclosures are past due.

If the Defendants' Rule 7.1 Corporate Disclosure statements are not filed with the Court, this e-mail notifies you the disclosures are past due and need to be filed promptly to resolve this matter directly.

Be advised, I intend to file a Motion to Compel Defendants' Rule 7.1 Corporate Disclosures.

Please allow this to serve as my good faith attempt to resolve this matter directly, prior to filing my Motion. Please advise your consent or opposition to my motion.

If I do not hear from you by noon Friday, December 11, 2015, I will have no choice but to request that relief from the Court without your agreement.

Sincerely,

Sincerely,

John Pinson
john@pinson.com

"Exhibit A"


1/3

1

## John D Pinson

| | |
|---|---|
| **From:** | postmaster@albertellilaw.com |
| **Sent:** | Tuesday, December 08, 2015 11:01 AM |
| **To:** | john@pinson.com |
| **Subject:** | Undeliverable: Pinson v Albertelli Law Partners LLC et. al. - Case No.: 9:14-cv-80009-KLR |
| **Attachments:** | details.txt; Pinson v Albertelli Law Partners LLC et. al. - Case No.: 9:14-cv-80009-KLR (7.54 KB) |

## Delivery has failed to these recipients or groups:

Rubina Shaldjian (rshaldjian@albertellilaw.com)
The email address you entered couldn't be found. Please check the recipient's email address and try to resend the message. If the problem continues, please contact your helpdesk.

## Diagnostic information for administrators:

Generating server: PEKMXP03.albertellilaw.local

"Exhibit B"

rshaldjian@albertellilaw.com
Remote Server returned '550 5.1.1 RESOLVER.ADR.RecipNotFound; not found'

Original message headers:

```
Received: from p01c11m016.mxlogic.net (10.1.128.35) by
 PEKMXP03.albertellilaw.local (10.1.37.53) with Microsoft SMTP Server (TLS) id
 15.0.1130.7; Tue, 8 Dec 2015 11:00:49 -0500
Authentication-Results: p01c11m016.mxlogic.net; spf=none
Received: from unknown [216.40.44.249] (EHLO smtprelay.hostedemail.com)
        by p01c11m016.mxlogic.net(mxl_mta-8.5.0-3) over TLS secured channel
        with ESMTP id faef6665.0.1178769.00-2378.2465121.p01c11m016.mxlogic.net (envelope-
from <john@pinson.com>);
        Tue, 08 Dec 2015 09:00:47 -0700 (MST)
Received: from filter.hostedemail.com (unknown [216.40.38.60])
        by smtprelay04.hostedemail.com (Postfix) with ESMTP id 2355C350EF4;
        Tue,  8 Dec 2015 16:00:47 +0000 (UTC)
X-Session-Marker: 6A6F686E4070696E736F6E2E636F6D
X-Spam-Summary:
2,0,0,,d41d8cd98f00b204,,:::::,RULES_HIT:10:41:72:355:379:540:541:542:543:547:800:960:962:
967:973:983:988:989:1021:1029:1155:1189:1208:1221:1260:1263:1308:1309:1313:1314:1345:1431
:1436:1437:1516:1517:1518:1535:1544:1575:1587:1588:1589:1592:1594:1691:1711:1730:1776:179
2:2107:2525:2527:2528:2551:2553:2559:2562:2682:2685:2693:2742:2859:2902:2906:2911:2917:29
33:2937:2939:2942:2945:2947:2951:2954:3022:3138:3139:3140:3141:3142:3353:3865:3866:3867:3
868:3870:3871:3873:3874:3934:3936:3938:3941:3944:3947:3950:3953:3956:3959:4048:4118:4321:
4365:4379:4425:5007:6117:6120:6300:6658:6678:7653:7688:7901:7902:7903:8531:8583:8603:8957
:8998:9025:9177:9388:9868:10004:10026:10049:10197:10848:10919:11233:11656:11658:11914:120
43:12050:12438:12463:12517:12519:13139:13141:13230:13302:13303:13846:13891:14096:14659:21
063:21066:21080:30021:30045:30054:30079:30090:30091,0,RBL:none,CacheIP:none,Bayesian:0.5,
```

1

2/3

```
0.5,0.5,Netcheck:none,DomainCache:0,MSF:not
bulk,SPF:fn,MSBL:0,DNSBL:none,Custom_rules:0:0:0
X-HE-Tag: sink19_40ee42235ad41
X-Filterd-Recvd-Size: 7939
Received: from DXPC (c-73-0-138-142.hsd1.fl.comcast.net [73.0.138.142])
        (Authenticated sender: john@pinson.com)
        by omf09.hostedemail.com (Postfix) with ESMTPA;
        Tue,  8 Dec 2015 16:00:46 +0000 (UTC)
Return-Receipt-To: "John D Pinson" <john@pinson.com>
From: John D Pinson <john@pinson.com>
To: Matthew Schulis <mschulis@albertellilaw.com>
CC: Rubina Shaldjian <rshaldjian@albertellilaw.com>
Subject: Pinson v Albertelli Law Partners LLC et. al. - Case No.: 9:14-cv-80009-KLR
Date: Tue, 8 Dec 2015 11:00:43 -0500
Message-ID:
<!&!AAAAAAAAAAAYAAAAAAAACdahn6LqilPiwvaH1O/iGrCgAAAEAAAAM9ERRopNgxBolRgeGPMTCABAAAAAA==@pinson.com>
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="=_reb-r06DAEF5A-t5666FEB0"
X-Priority: 1 (Highest)
X-MSMail-Priority: High
X-Mailer: Microsoft Outlook 14.0
Thread-Index: AdExdmt5cXMMNsauQaGgM2NXHYbpZg==
Importance: High
Content-Language: en-us
Disposition-Notification-To: "John D Pinson" <john@pinson.com>
X-Processed-By: Rebuild v2.0-0
X-AnalysisOut: [v=2.1 cv=HYcSO3w8 c=1 sm=1 tr=0 a=zA0HHs7xI47u6juVldc2tA==]
X-AnalysisOut: [:117 a=rm0Dj4G1AON0GbSYw163Bg==:17 a=qNrZ30OQAAAA:8 a=1clj]
X-AnalysisOut: [H2EnAAAA:8 a=YlVTAMxIAAAA:8 a=C_IRinGWAAAA:8 a=wUQvQvOEmiQ]
X-AnalysisOut: [A:10 a=DAwyPP_o2Byb1YXLmDAA:9 a=DXeErxDKyvUsBXuLWCsA:9 a=C]
X-AnalysisOut: [juIK1q_8ugA:10 a=yMhMjlubAAAA:8 a=SSmOFEACAAAA:8 a=Jeuk-jK]
X-AnalysisOut: [7JBOZnaaNOQoA:9 a=TEzCke2Mg3FOxHyy:21 a=gKO2Hq4RSVkA:10 a=]
X-AnalysisOut: [UiCQ7L4-1S4A:10 a=hTZeC7Yk6K0A:10 a=frz4AuCg-hUA:10]
Received-SPF: None
X-Spam: [F=0.4911630680; B=0.500(0); STSI=0.500(-12); STSM=0.400(-12); CM=0.500; CY=0.50;
MH=0.589(2015120812); S=0.502(2015072901); spf=0.500; SC=]
X-MAIL-FROM: <john@pinson.com>
X-SOURCE-IP: [216.40.44.249]
Return-Path: john@pinson.com
```


3/3

2