UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**JOHN PINSON**

    Plaintiff,

vs.                                                        Case No.: 9:14-cv-80009-KLR

**ALBERTELLI LAW PARTNERS LLC,**
a Florida LLC; and

**JAMES E. ALBERTELLI P.A.**
A Florida Professional Association,

    Defendant.
_____/

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

    COMES NOW the Defendant, JAMES E. ALBERTELLI P.A. d/b/a ALBERTELLI LAW, and successor by merger to ALBERTELLI LAW PARTNERS LLC, (hereinafter "Albertelli"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby discloses the following:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

John D Pinson
James E. Albertelli, P.A.
Equity partners of James E. Albertelli, P.A.: James E. Albertelli, Greg Whitworth, Robert Bowen, Jonathan Sawyer & Clay Cornett
Matthew Schulis, Esquire
Brightline Title, LLC (affiliated business)

      The Albertelli Firm, PC (Georgia wing of the Firm – Affiliated Business)

      JPMorgan Chase Bank, N.A.

2.    The names of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      NONE

3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors) (in bankruptcy cases):

      NONE

4.    The name of each victim (individual and corporate), including every person who may be entitled to restitution:

      NONE

5.    I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

      Respectfully submitted,

Dated: December 17, 2015       /s/ Matthew L. Schulis, Esq.
      Matthew L. Schulis, Esq.
      Florida Bar Number: 57116
      mschulis@albertellilaw.com
      ALBERTELLI LAW
      5404 Cypress Center Dr., Suite #300
      Tampa, FL 33609
      Tel: (813) 221-4743
      Fax: (813) 221-9171
      eService: servealaw@albertellilaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, pursuant to Rule 5(b) of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Rules for the United States District Court for the Southern District of Florida, I filed the foregoing with the Clerk via CM/ECF, and the foregoing was served on all counsel of record and parties identified on the following service list by transmission of Notices of Electronic Filing generated by CM/ECF and/or U.S. Mail, this  17th  day of December, 2015.

By: _/s/  Matthew L. Schulis
Matthew L. Schulis, Esquire
Florida Bar Number: 57116
mschulis@albertellilaw.com
ALBERTELLI LAW
P.O. Box 23028
Tampa, FL 33623
Tel: (813) 221-4743x 2621
Fax: (813) 221-9171
eService1: GenLit@albertellilaw.com
eService2: servealaw@albertellilaw.com

**Service List**

John Pinson
526 Westwood Road
West Palm Beach, FL 33401
john@pinson.com