UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 14-CV-80009-RYSKAMP/HOPKINS

JOHN PINSON,

    Plaintiff,

v.

ALBERTELLI LAW PARTNERS LLC,
A Florida LLC, and
JAMES E. ALBERTELLI, P.A.,
A Florida Professional Association,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATIONS OF MAGISTRATE JUDGE**

**THIS CAUSE** comes before the Court on the report of United States Magistrate Judge Hopkins **[DE 66]** entered on January 29, 2016. Defendant has not filed objections, and the time to do so has expired. This matter is ripe for adjudication.

The Court has conducted a *de novo* review of the report and pertinent portions of the record. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

    (1) The report of United States Magistrate Judge Hopkins **[DE 66]** be, and the same hereby is **RATIFIED, AFFIRMED and APPROVED** in its entirety;

    (2) Defendant's motion to dismiss **[DE 51]** is **DENIED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 8 day of March 2016.

                                            /s/ Kenneth L. Ryskamp
                                            KENNETH L. RYSKAMP
                                            UNITED STATES DISTRICT JUDGE