UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FILED BY _____ D.C.
APR 2 2 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CASE NO.: 9:14-cv-80009-KLR

**John Pinson,**
    Plaintiff
vs
**ALBERTELLI LAW PARTNERS LLC, et. al**
    Defendant    /

## PLAINTIFF' RESPONSE TO COURT'S ORDER [DE 69] AND PLAINTIFF'S ELECTION TO PROCEED BEFORE A DISTRICT JUDGE

**COMES NOW**, the Plaintiff *pro se*, John Pinson, in response to this Honorable Court's Order [DE 69], and notifies the Court that he elects and consents to proceed to trial before a District Judge. Further, Plaintiff attempted to confer with opposing counsel but was unable to confer and is unable to determine how defendants wish to proceed.

1. Plaintiff received the Court's Order [DE 69] on Monday April 18, 2016 in the late afternoon.
2. The Order only allowed two (2) days to respond which is burdensome for this *pro se*.
3. *Pro se* parties do not have access to CM/ECF for filings with this Court.
4. Plaintiff attempted to confer with opposing counsel by phone but could reach no one.
5. Plaintiff sent an e-mail to confer with opposing counsel [Exhibit A].
6. In his e-mail, Plaintiff indicated he could not make it to the Clerk's office that day and was going away and not returning until April 21 after the two day deadline
7. In his e-mail, Plaintiff indicated his position electing to proceed before a District Judge and under the circumstances requested a professional courtesy of opposing counsel communicating the pro se Plaintiff's position when Defendant responded as ordered.
8. Upon return from his trip, the Plaintiff found the Defendants' failed to respond to the Courts Order [DE 69], and did not communicate Plaintiff's position.
9. Plaintiff requests the Honorable Court's understanding and indulgence that it was beyond his control to respond within the two (2) days requested by the court because of circumstances.
10. Plaintiff also notes, as of today, there has been: no answer to the complaint, no Order of Pretrial Procedures, no 26(f) conference, no 26(a)1 exchange, and no discovery in this matter, and that these procedures are needed for Plaintiff to move his case forward.

## CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 7.1(a)(3), Plaintiff *pro se* hereby certifies that he attempted to confer with opposing counsel, Matthew L. Schulis, Esq., by telephone and e-mail on April 18, 2015 [see attached e-mail Exhibit 1]. In his email the pro se Plaintiff explained he cannot use CM/ECF for filing, the clerk's office was already closed that day, and Plaintiff would be out of town only returning April 21. Plaintiff requested a professional courtesy of asking opposing counsel to notify the Honorable Court of Plaintiff's election to proceed before a District Judge, but as of today's date Defendant's counsel has not responded to the Courts Order in docket entry 69. Because Defendant's have not indicated whether they consent to proceed before either a Magistrate Judge or District Judge, Plaintiff cannot determine Defendant's intent to proceed.

Dated: April 21, 2016          Respectfully Submitted,

_____
John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
561-833-4816
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed April 21, 2016

_____
John Pinson

### Service List

| | |
|---|---|
| Rubina K. Shaldjian, Esq. | Matthew L. Schulis, Esq. |
| rshaldjian@albertellilaw.com | mschulis@albertellilaw.com |
| Albertelli Law | Albertelli Law |
| P.O. Box 23028 | P.O. Box 23028 |
| Tampa, FL 33623 | Tampa, FL 33623 |
| Tel. 813-221-4743 x1508 | Tel: 813-221-4743x 2621 |
| Fax. 813-221-9171 | Fax: 813-221-9171 |
| Attorney for Defendant: | Attorney for Defendant: |
| Albertelli Law Partners LLC | James E Albertelli PA |

*Attached: Exhibit A — 1 page* (handwritten)

# John D Pinson

| | |
|---|---|
| **From:** | John D Pinson <john@pinson.com> |
| **Sent:** | Monday, April 18, 2016 6:55 PM |
| **To:** | Matthew Schulis |
| **Cc:** | Matthew Schulis |
| **Subject:** | Pinson v Albertelli Law Partners LLC et. al. - Case No.: 9:14-cv-80009-KLR |
| **Importance:** | High |

"EXHIBIT A"

Mr. Schulis,

This afternoon, in the mail, I received Hon. Judge Ryskamp's paperless Order [Docket Entry 69] seeking the parties consent to proceed to trial either before a Magistrate Judge or a District Judge, and giving us only two days to file a response. At the time I received this Order I could not reach you so I am writing to you now to resolve this matter. Further, It was too late for me to go to the Courthouse Clerks office for filings since it would close before I could have arrived at it.

This Order calls for a prompt response. As you know I do not have access to pacer cm/ecf for filing and have to either go to the courthouse or use the US mail in filings. I have a pre scheduled out of country trip which I am leaving for shortly and will not return till Thursday, so I will be unable to go to the Clerk's office before then.

In order to provide the Court with a timely response, and understanding you must also respond to the Order, I submit to you the following and kindly request your cooperation and assistance in appropriately notifying the Court.

I do not consent to proceed to trial before a Magistrate Judge. I request to proceed to trial before a District Judge.

If your client is in agreement with my position, you have my permission to submit a joint answer to the court that the parties request to proceed to trial before a District Judge in this matter. Please include a copy of this e-mail with any filing. In the alternative, if your Client wishes to proceed before a Magistrate Judge, please note my position and include a copy of this e-mail communication as an exhibit to your filing.

Though the Court Ordered [DE 5] all pretrial matters to the Magistrate Judge and the Magistrate issued a Standing Discovery Order [DE 6], the Court has not issued an "ORDER OF PRETRIAL PROCEDURES", and we have yet to have a 26f conference. In fact, I have yet to receive defendant's answers to my complaint.

Thanking you in advance for your kind assistance, I am

Sincerely,

Sincerely,

John Pinson
561-329-2524 cell
john@pinson.com

1

9:14-CV-80009-KLR
Pinson -v- Albertelli