UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**JOHN PINSON**

    Plaintiff,

vs.                                              **Case No.: 9:14-cv-80009-KLR**

**ALBERTELLI LAW PARTNERS LLC,**
a Florida LLC; and

**JAMES E. ALBERTELLI P.A.**
A Florida Professional Association,

    Defendant.
_____/

**DEFENDANT'S MOTION FOR REFERRAL TO MEDIATION**

COMES NOW Defendant, JAMES E. ALBERTELLI P.A. d/b/a ALBERTELLI LAW and successor by merger to ALBERTELLI LAW PARTNERS LLC, (hereinafter "Albertelli Law") by and through undersigned counsel, files their Motion to Compel Mediation, and in support thereof state as follows:

1. Plaintiff and Defendant have previously engaged in unsuccessful confidential settlement negotiations.

2. Defendant, in good faith, seeks a meaningful opportunity to explore settlement as they believe that there is room to reach an amicable agreement between the parties.

3. The undersigned Counsel believes that this procedure will be effective in resolving this case without the necessity of a trial.

[*This space purposefully left blank.*]

WHEREFORE the Defendant, Albertelli Law, requests an Order from the Court compelling the parties to attend mediation in good faith and further relief this Honorable Court deems just and proper.

Respectfully submitted,

ALBERTELLI LAW

Submitted: April 22, 2016        /s/ Matthew L. Schulis, Esq.
Matthew L. Schulis, Esq.
FBN: 57116
mschulis@albertellilaw.com
ALBERTELLI LAW
5404 Cypress Center Drive
Suite 300
Tampa, Florida 33609
Telephone: 813-221-4743 x2621
Facsimile: 813-221-9171

**CERTIFICATE OF ATTEMPT TO CONFER WITH OPPOSING PRO SE PARTY**

The undersigned has attempted to confer with the *Pro Se* Plaintiff via email regarding the basis of this Motion. The *Pro Se* Plaintiff has yet to respond to the correspondence.

By:  /s/  Matthew L. Schulis, Esq.
Matthew L. Schulis, Esquire

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of Defendant's Motion for Extension of Time was furnished via email/ eServe and/or U.S. Mail this __22nd__ day of April, 2016 to the attached service list.

      By: _/s/ Matthew L. Schulis_
      Matthew L. Schulis, Esquire
      Florida Bar Number: 57116
      mschulis@albertellilaw.com
      ALBERTELLI LAW
      P.O. Box 23028
      Tampa, FL 33623
      Tel: (813) 221-4743x 2621
      Fax: (813) 221-9171
      eService: servealaw@albertellilaw.com

**Service List**

John Pinson
526 Westwood Road
West Palm Beach, FL 33401
john@pinson.com