UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**JOHN PINSON**

    Plaintiff,

vs.  Case No.: 9:14-cv-80009-KLR

**ALBERTELLI LAW PARTNERS LLC,**
a Florida LLC; and

**JAMES E. ALBERTELLI P.A.**
A Florida Professional Association,

    Defendant.
_____/

## NOTICE OF FILING RESPONSE TO ENDORSED ORDER (DE 69)

COMES NOW Defendant, JAMES E. ALBERTELLI P.A. d/b/a ALBERTELLI LAW and successor by merger to ALBERTELLI LAW PARTNERS LLC, (hereinafter "Albertelli Law") by and through undersigned counsel, files their Response to Endorsed Order (DE 69), and in support thereof state as follows:

1. *Pro Se* Plaintiff has contacted the Defendant via email and has expressed an objection to proceeding to trial before the Honorable Magistrate Judge.

2. Defendant, Albertelli Law, has no objection to proceeding to trial before the Honorable Magistrate Judge except that the Defendant requested this Honorable Court compel the parties to mediation before setting this matter down on the trial calendar before either the Honorable Magistrate Judge or the Honorable District Court Judge.

[*This space left intentionally blank.*]

3. To that end, the Defendant has filed a Motion to Appoint Mediator concurrently with this Notice (DE 72).

Respectfully submitted,

ALBERTELLI LAW

Submitted: April 22, 2016    /s/ Matthew L. Schulis, Esq.
Matthew L. Schulis, Esq.
FBN: 57116
mschulis@albertellilaw.com
ALBERTELLI LAW
5404 Cypress Center Drive
Suite 300
Tampa, Florida 33609
Tel: 813-221-4743 x2621
Fax: 813-221-9171
eService1: GenLit@albertellilaw.com
eService2: servealaw@albertellilaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Defendant's Notice of Unavailibility was furnished via email/ eServe and/or U.S. Mail this   22nd   day of April, 2015 to the attached service list.

By:   /s/  Matthew L. Schulis
Matthew L. Schulis, Esquire
Florida Bar Number: 57116
mschulis@albertellilaw.com
ALBERTELLI LAW
P.O. Box 23028
Tampa, FL 33623
Tel: (813) 221-4743x 2621
Fax: (813) 221-9171

eService1: GenLit@albertellilaw.com
eService2: servealaw@albertellilaw.com

**Service List**

John Pinson
526 Westwood Road
West Palm Beach, FL 33401
john@pinson.com