UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 14-CV-80009-RYSKAMP/HOPKINS

JOHN PINSON,

    Plaintiff,

v.

ALBERTELLI LAW PARTNERS LLC,

    Defendant.
_____/

## ORDER OF REFERENCE

**PURSUANT** to 28 U.S.C. § 636 and the Local Magistrate Rules of the Southern District of Florida, the above-captioned case is hereby **REFERRED** to United States Magistrate Judge Dave Lee Brannon for a settlement conference.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 29 day of April 2015.

    /s/ Kenneth L. Ryskamp_____
    KENNETH L. RYSKAMP
    UNITED STATES DISTRICT JUDGE