UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FILED BY _____ D.C.

MAY 09 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CASE NO.: 9:14-cv-80009-KLR

John Pinson,

    Plaintiff

vs

ALBERTELLI LAW PARTNERS LLC, et. al

    Defendant    /

## PLAINTIFF'S RESPONSE TO
## DEFENDANT'S MOTION FOR REFERAL TO MEDIATION

1. Defendants have motioned this Court for referral to mediation.

2. Defendant's counsel, in his certificate of conference [DE 72] stated :

The undersigned has attempted to confer with the Pro Se Plaintiff via email regarding the basis of this Motion. The Pro Se Plaintiff has yet to respond to the correspondence.

3. Plaintiff contends this was not a good faith effort to confer. His e-mail communication was in merely a response to Plaintiff's request for cooperation. See attached "exhibit A"

4. In his April 20th response, Counsel stated:

I am in receipt of your objection to have this matter tried before the Magistrate Judge. I can relay your objection. However, before scheduling this matter for trial I believe we may be able to resolve this matter at mediation.

Do you have any objection to referring this matter to mediation?

5. Counsel did not state he intended to file any motion.

6. Counsel did not relay Plaintiffs position in relation to the Court's Order [DE 69] where counsel could have responded to the Order in a timely fashion. Counsel failed to respond to the Court's Order in a timely fashion. Counsel only responded to the Order after Plaintiff's return and Plaintiff's own filing.

7. Plaintiff has engaged in multiple settlement discussions with Defendants to no avail.

8. Plaintiff notes, as of today, in this matter there has been: no answer to the complaint, no Order of Pretrial Procedures, no 26(f) conference, no Scheduling Order, no 26(a)1 exchange, and no discovery, and that these procedures are needed for Plaintiff to move his case forward.

9. Without an answer to his complaint and opportunity for adequate discovery Plaintiff would be ill equipped for Mediation at this juncture.

10. Local Rule 16.2d(1)(A) states:

(A) Direct mediation be conducted not later than sixty (60) days before the scheduled trial date which shall be established no later than the date of the issuance of the order of referral.

11. Plaintiff notes that no Scheduling Order has been issued to establish a trial date and that more than 120 days have passed since Plaintiff filed his complaint in the Court.

12. Plaintiff is amenable to Mediation at the appropriate time per the rules.

13. Plaintiff requests cooperation in the spirit of good will from opposing counsel.

14. Plaintiff previously had to seek the Court's assistance to compel opposing counsel to comport with the rules of this Court; see Order docket entry 18.

**WHEREFORE**, the Plaintiff, John Pinson, is unopposed to Mediation at an appropriate time as allowed by the rules of this Court; and any other relief as deemed equitable and just.

Dated: May 9, 2016                        Respectfully Submitted,

                                          _____
                                          John Pinson
                                          526 Westwood Road
                                          West Palm Beach, Florida 33401
                                          561-833-4816
                                          john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed May 9, 2016

_____
John Pinson

### Service List

Rubina K. Shaldjian, Esq.
rshaldjian@albertellilaw.com
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
Tel. 813-221-4743 x1508
Fax. 813-221-9171
*Attorney for Defendant:*
Albertelli Law Partners LLC

Matthew L. Schulis, Esq.
mschulis@albertellilaw.com
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
Tel: 813-221-4743x 2621
Fax: 813-221-9171
*Attorney for Defendant:*
James E Albertelli PA

Attached: "Exhibit A" 3 pages

## John D Pinson

| | |
|---|---|
| **From:** | Matthew Schulis <mschulis@albertellilaw.com> |
| **Sent:** | Wednesday, April 20, 2016 3:33 PM |
| **To:** | 'John D Pinson' |
| **Subject:** | RE: Pinson v Albertelli Law Partners LLC et. al. - Case No.: 9:14-cv-80009-KLR |
| **Importance:** | High |

Mr. Pinson,

I am in receipt of your objection to have this matter tried before the Magistrate Judge. I can relay your objection. However, before scheduling this matter for trial I believe we may be able to resolve this matter at mediation.

Do you have any objection to referring this matter to mediation?

Please feel free to contact me with any questions or concerns.

Cordially,

**A | LAW**

**Matthew L. Schulis, Esq. | Associate Attorney- General Litigation & Bankruptcy**
**O:** (813) 221-4743 ext. 2621  | **F:** (813) 221-9171
**E:** mschulis@Albertellilaw.com

1



This communication, together with any attachments hereto or links contained herein, is intended for the use of the intended recipient(s) only and may contain information that is confidential or legally protected. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please notify the sender immediately by return e-mail message and delete all copies of the original communication, along with any attachments hereto or links herein, from your system. THIS LAW FIRM MAY BE DEEMED A "DEBT COLLECTOR" UNDER THE FAIR DEBT COLLECTION PRACTICES ACT. ANY AND ALL INFORMATION OBTAINED MAY BE USED FOR THE PURPOSE OF COLLECTING A DEBT. CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments to this email, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

**This communication, together with any attachments hereto or links contained herein contains ATTORNEY-CLIENT COMMUNICATION and/or ATTORNEY WORK-PRODUCT and is PRIVILEGED & CONFIDENTIAL within the meaning and intent of Fed. R. Evid. 408 and Fla. Stat. § 90.408 and other applicable law and may not be deemed as an admission against interest pursuant to Fed. R. Evid. 801(d)(2), Fla. Stat. § 90.408, Fed R. Bankr. Proc. 9017, or otherwise, or as a waiver of any rights.**
**NOTICE REGARDING DESIGNATED EMAIL ADDRESS FOR SERVICE** The email address from which this email was sent is for correspondence only. It has not been designated for service of documents and pleadings and any attempted service to this address will be considered a nullity. The designated email address for service to Albertelli Law is as follows: servealaw@albertellilaw.com

**From:** John D Pinson [mailto:john@pinson.com]
**Sent:** Monday, April 18, 2016 6:55 PM
**To:** Matthew Schulis <mschulis@albertellilaw.com>
**Cc:** Matthew Schulis <mschulis@albertellilaw.com>
**Subject:** Pinson v Albertelli Law Partners LLC et. al. - Case No.: 9:14-cv-80009-KLR
**Importance:** High

Mr. Schulis,

This afternoon, in the mail, I received Hon. Judge Ryskamp's paperless Order [Docket Entry 69] seeking the parties consent to proceed to trial either before a Magistrate Judge or a District Judge, and giving us only two days to file a response. At the time I received this Order I could not reach you so I am writing to you now to resolve this matter. Further, It was too late for me to go to the Courthouse Clerks office for filings since it would close before I could have arrived at it.

This Order calls for a prompt response. As you know I do not have access to pacer cm/ecf for filing and have to either go to the courthouse or use the US mail in filings. I have a pre scheduled out of country trip which I am leaving for shortly and will not return till Thursday, so I will be unable to go to the Clerk's office before then.

In order to provide the Court with a timely response, and understanding you must also respond to the Order, I submit to you the following and kindly request your cooperation and assistance in appropriately notifying the Court.

I do not consent to proceed to trial before a Magistrate Judge. I request to proceed to trial before a District Judge.

If your client is in agreement with my position, you have my permission to submit a joint answer to the court that the parties request to proceed to trial before a District Judge in this matter. Please include a copy of this e-mail with any filing. In the alternative, if your Client wishes to proceed before a Magistrate Judge, please note my position and include a copy of this e-mail communication as an exhibit to your filing.

Though the Court Ordered [DE 5] all pretrial matters to the Magistrate Judge and the Magistrate issued a Standing Discovery Order [DE 6], the Court has not issued an "ORDER OF PRETRIAL PROCEDURES", and we have yet to have a 26f conference. In fact, I have yet to receive defendant's answers to my complaint.

2

2/3

Thanking you in advance for your kind assistance, I am

Sincerely,

Sincerely,

John Pinson
561-329-2524 cell
john@pinson.com



3