UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:14-cv-80009-CIV-HURLEY/HOPKINS

JOHN PINSON,

        Plaintiff,

vs.

ALBERTELLI LAW PARTNERS, LLC,
A Florida LLC, and

JAMES E ALBERTELLI, P.A.,
A Florida Professional Association

        Defendant.
_____/

## AMENDED ORDER RESETTING TRIAL DATE & DISCOVERY DEADLINES, REFERRING CASE TO MEDIATION & REFERRING DISCOVERY TO UNITED STATES MAGISTRATE JUDGE

**THIS CAUSE** is before the Court upon its own motion following the Clerk's reassignment of the case. It is thereupon, **ORDERED** and **ADJUDGED:**

### Trial Date & Location

1. This case is set for trial on the October **2016 Trial Calendar** (4 week docket) which commences on **Tuesday, October 11, 2016,** in courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida. Plaintiff an dCounsel for Defendants shall appear at a calendar call commencing at 8:30 am on **Thursday, October 6, 2016.**

### No Joint Scheduling Report

2. This order supersedes the requirements listed in Rule 16.1(B) of the Local Rules of the Southern District of Florida. The parties in this case are not required to file any joint scheduling reports or proposed scheduling orders with the court as prescribed by that rule.

## Discovery Referred to Magistrate Judge

3. In accordance with the Magistrate Act, 28 U.S.C. § 636(b)(1)(A), and Rule 72 of the Federal Rules of Civil Procedure, all pretrial discovery motions filed in this case and all motions that relate directly to these motions, (e.g., extension of time, reconsideration, sanctions, and mental or physical examinations, etc.) are **REFERRED** to the Honorable James M. Hopkins, United States Magistrate Judge, for final disposition.

In light of this referral, copies of discovery motions and responsive pleadings shall be sent only to Judge Hopkins and not to the undersigned. Counsel are reminded of Local Rule 5.1(A)(5)(b) which requires that the Magistrate Judge's name appear on all pleadings (e.g., 03-99999-CIV-HURLEY/HOPKINS).

4. This referral shall expire on the date of commencement of trial.

## Pretrial Discovery Schedule

5. Pretrial discovery shall be conducted in accordance with Local Rule 16.1 and Rule 26(a) of the Federal Rules of Civil Procedure. Unless amended by subsequent order, the following deadlines shall apply.

| | |
|---|---|
| Rule 14 and Rule 19 Motions | 100 days before calendar call |
| Rule 26(a)(2) Expert Testimony Disclosures | 90 days before calendar call |
| [**This includes the Rule 26(a)(2)(B) requirement for the disclosure of written expert reports which conform to the prescriptions of this Rule. This requirement will be strictly enforced.] | |
| Summary Judgment Motions | 90 days before calendar call |
| [**This deadline will be strictly enforced. Motions for extension of time to file the motion or response will not be granted absent exceptions cause.] | |
| Mediation Conference | 60 days before calendar call |
| Rule 26(a)(3) Witness and Exhibit List Exchange | 30 days before calendar call |

| | |
|---|---|
| Discovery Cutoff | 10 days before calendar call |
| Motions in Limine | 5 days before calendar call |
| Pretrial Stipulation | 5 days before calendar call |
| Exhibit Inspection | 5 days before calendar call |

**[**All exhibits listed on each party's Rule 26(a)(3) disclosures must be made available for inspection and/or copying by the opposing party(s) by this date.]**

| | |
|---|---|
| Voir Dire Questions | First day of jury trial |
| Jury Instructions | First day of jury trial |
| Proposed Findings of Fact & Conclusions of Law | First day of non-jury trial |

Failure to comply with these deadlines may result in exclusion of testimony or exhibits. See Fed R. Civ. P. 37(c)(1); Klonoski v. Mahlab, 156F.3d255 (1st Cir. 1998).

**Requirements for Trial**

6. On the first day of trial, each party shall hand to the court reporter **two complete copies of its exhibit list.** The list, set out on Form AO 187, shall indicate the pre-marked number, a brief descriptions of the exhibit and shall contain a space or a line for the court's ruling on the admissibility of each exhibit.

7. On the first day of trial, each party shall hand to the court reporter **two complete copies of its witness list.** The witness list shall include the names of all person intended to present expert testimony, and shall clearly mark their intended designation as "expert" witnesses.

**Motion Practice**

8. Every motion filed in this case shall be accompanied by **one proposed order** (*in PDF format*) granting the motion. The order shall contain an **up-to-date service list** (names and addresses) of all attorneys in the case. All motions shall be efiled or filed with the Clerk's office. The court will not accept any motions mailed directly to chambers.

## Telephonic Conferencing

9. When practical, counsel are urged to utilize telephonic conferencing for pretrial appearances, including calendar call. It is imperative, however, that the telephonic conferencing be done only with *operator assisted* conferencing. For technical reason related to the court's conferencing equipment, your office equipment is not an acceptable means of telephonic conferencing. Counsel wishing to appear in this manner for any proceeding must notify the Court at 561-803-3450 at least 24 hours prior to the proceeding. **Counsel wishing to appear for the calendar call by telephone must make arrangements with chambers by noon of the Tuesday preceding the date of the calendar call.**

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 8 day of June, 2016.

                                                  Daniel T.K. Hurley
                                                  United States District Judge

*Copy provided counsel*