UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-80009-CIV-HURLEY/HOPKINS

**JOHN PINSON**

    **Plaintiffs,**

vs.

**ALBERTELLI LAW
PARTNERS, LLC**
A Florida LLC, and

**JAMES E. ALBERTELLI P.A.,**
A Florida Professional Association

    **Defendants.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE [DE 68]

    **THIS CAUSE** is before the Court upon Plaintiff's pro se complaint pursuant to the Fair Debt Collection Practices Act and the Florida Consumer Collection Practices Act. This matter was previously referred to Magistrate Judge James M. Hopkins for resolution of all pre-trial matters [DE 5].

    Defendants filed a motion to remove Defendant Albertelli Law Partners LLC from the case caption or alternatively to dismiss Albertelli Law Partners LLC [DE 58]. The factual basis of the motion was the merger of Albertelli Law Partners LLC into James E. Albertelli P.A. Judge Hopkins recommended that the Court should deny the motion.

    Having carefully reviewed the Magistrate Judge's Report and Recommendation, pursuant

1

to 28 U.S.C. § 636(b)(1), the Court finds the resolution of the issues as recommended by Judge Hopkins to be sound and shall accordingly shall adopt those recommendations here. The Court, however, finds some elements of the reasoning, although relevant to the reasoning in the Report and Recommendation, not ripe for conclusive determination at this time. The Court reserves for later review the question of whether the merger of Defendants affected the liabilities and obligations of the Parties.

It is therefore **ORDERED AND ADJUDGED:**

1.  The conclusion of the Report and Recommendation of United States Magistrates Judge James M. Hopkins **[DE 68]** is **APPROVED and ADOPTED** in full.

**DONE AND SIGNED** in Chambers at West Palm Beach, Florida this 13th day of June, 2016.

_____
Daniel T. K. Hurley
United States District Judge

copies to:

all counsel