UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JOHN PINSON

    Plaintiff,

vs.                                            Case No.: 9:14-cv-80009-DTKH

ALBERTELLI LAW PARTNERS LLC,
a Florida LLC; and

JAMES E. ALBERTELLI P.A.
A Florida Professional Association,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF PROPOUNDING DISCOVERY REQUESTS UPON PLAINTIFF

    YOU ARE HEREBY NOTIFIED that the Defendant, JAMES E. ALBERTELLI P.A. d/b/a ALBERTELLI LAW and successor by merger to ALBERTELLI LAW PARTNERS LLC, (hereinafter "Albertelli Law"), by and through undersigned counsel, has propounded a Request for Production, Interrogatories and Request for Admissions upon Plaintiff, JOHN PINSON.

                                            Respectfully submitted,

                                            ALBERTELLI LAW

Submitted: July 7, 2016               /s/ Matthew L. Schulis, Esq.
                                            Matthew L. Schulis, Esq.
                                            FBN: 57116
                                            mschulis@albertellilaw.com
                                            ALBERTELLI LAW
                                            5404 Cypress Center Drive
                                            Suite 300
                                            Tampa, Florida 33609
                                            Telephone: 813-221-4743 x2621

Facsimile: 813-221-9171

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Defendant's Notice Of Propounding Discovery Requests Upon Plaintiff was furnished via email/ eServe and/or U.S. Mail this 7th day of July, 2016 to the attached service list.

By: /s/ Matthew L. Schulis
Matthew L. Schulis, Esquire
Florida Bar Number: 57116
mschulis@albertellilaw.com
ALBERTELLI LAW
P.O. Box 23028
Tampa, FL 33623
Tel: (813) 221-4743x 2621
Fax: (813) 221-9171
eService: servealaw@albertellilaw.com

**Service List**

John Pinson
526 Westwood Road
West Palm Beach, FL 33401
john@pinson.com

ALAW   14-128384