FILED BY _____ D.C.

JUL 11 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

### CASE NO.: 14-80009-CIV-HURLEY/HOPKINS

John Pinson,

      Plaintiff

vs

ALBERTELLI LAW PARTNERS LLC, et. al

      Defendant     /

### PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Plaintiff requests the court clerk to enter a default against Albertelli Law Partners LLC, as authorized by Federal Rule of Civil Procedure 55.

### Introduction

1. On January 6, 2014, plaintiff John Pinson sued Albertelli Law Partners LLC for damages for violations of the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. §1692 et seq.; and for damages for violations of the Florida Consumer Collection Practices Act (FCCPA) FLA. STAT. §559 (Part VI); and for declaratory and injunctive relief.

2. On March 12, 2014, defendant was served with a summons [DE 3] and a copy of plaintiff's complaint [DE 1]. Service was by U.S. Priority Certified Mail # 7012 1010 0001 1870 9862 Return Receipt Requested and mailed on March 8, 2014, to counsel of record Rubina K. Shaldjian of Albertelli Law Partners LLC: to the address: P.O. Box 23028, Tampa, FL 33623, and received on March 12, 2014. A copy of the return of service which was filed with the court [DE 16] is attached as "Exhibit A".

3. On September 11, 2015, plaintiff filed his Plaintiff's Second Amended Verified Complaint [DE 48] with the Court.

4. On June 13, 2016 the Court issued an Order [DE 82] adopting the Report and Recommendation of Magistrate Judge thus denying of Defendant's Motion to Dismiss [DE 58], and since the issue of the Order on June 13, 2016, more than 14 days have elapsed and Defendant did not file a responsive pleading or otherwise defend the suit within the time allowed under FRCP12(a)(4)(A).

5. Plaintiff is entitled to entry of default.

## ARGUMENT

6.  The court clerk may enter a default against a party who has not filed a responsive pleading or otherwise defended the suit. FRCP 55(a); *City of N.Y. v. Mickalis Pawn Shop, LLC*, 645 F.3d 114, 129-30 (2d Cir. 2011); *see United States v. $23,000 in U.S. Currency*, 356 F.3d 157, 163 (1st Cir. 2004).

7.  The clerk should enter a default against defendant because defendant did not file a responsive pleading within 14 days after June 13, 2016 , the date the Court issued its Order Adopting the Report and Recommendation of Magistrate Judge [DE 68] denying Defendants Motion to Dismiss [DE 58]. FRCP 12(a)(4)(A); *see* FRCP 55(a).

8.  The clerk should enter a default against defendant because defendant did not otherwise defend the suit. FRCP 55(a); *City of N.Y.*, 645 F.3d at 129-30. More than 14 days have passed since the Motion to Dismiss was denied and Defendant has not filed a responsive pleading or otherwise defend the suit within the time allowed under FRCP12(a)(4)(A).

9.  Plaintiff meets the procedural requirements for obtaining an entry of default from the clerk as demonstrated by the attached return of service (Exhibit A).

10. Defendant is a corporation. Defendant is not a minor or an incompetent person. *See* Fed. R. Civ. P. 55(b)(1). Defendant is not in military service. *See* 50 U.S.C. app. §521(b)(1).

## Conclusion

11. Plaintiff asks the court clerk to enter a default against defendant, as authorized by FRCP 55 because More than 14 days have passed since an Order was issued denying Defendants motion to dismiss and Defendant has not filed a responsive pleading or otherwise defend the suit within the time allowed under FRCP12(a)(4)(A). For these reasons, Plaintiff John Pinson asks the clerk to enter a default in favor of plaintiff.

**WHEREFORE**, the Plaintiff, John Pinson, respectfully requests that the Court issue a Default against the Defendant Albertelli Law Partners LLC together with such other relief as the Court deems just and proper.

Dated: July 7, 2016

Respectfully Submitted,

_____
John Pinson
526 Westwood Road
West Palm Beach, Florida 33401

561-833-4816
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed: July 7, 2016

John Pinson

### Service List

Matthew L. Schulis, Esq.
mschulis@albertellilaw.com
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
Tel: 813-221-4743x 2621
Fax: 813-221-9171
*Attorney for Defendants:*
Albertelli Law Partners LLC
James E Albertelli PA

Attached: "Exhibit A"
_4 pages

FILED by _____ D.C.

MAR 2 4 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 9: 14-cv-80009

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   ALBERTELLI LAW PARTNERS, LLC

was received by me on *(date)*   03/07/2014   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Served by U.S. Priority Certified Mail # 7012 1010 0001 1870 9862 Return Receipt
Requested and mailed on March 8, 2014, to counsel of record on "Notice of Change of
Responsible Attorney" [DE 10] Rubina K. Shaldjian of Albertelli Law Partners LLC: to the
address: P.O. Box 23028, Tampa, FL 33623, and received on March 12, 2014.

My fees are $   5.00   for travel and $   20.00   for services, for a total of $   25.00   .

I declare under penalty of perjury that this information is true.

Date:   3/17/14

_____
*Server's signature*

John A. Finger, III
*Printed name and title*

619 Sunset Road
West Palm Beach, Florida 33401

_____
*Server's address*

Additional information regarding attempted service, etc:
A copy of the return receipt, the certified slip, and the USPS.com tracking information printout are attached as proof of
receipt of service.  The delivery address used was provided by the responsible attorney of record in Docket Entry #10.

Case No: 9:14-CV-80009

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

> Rubina K. Shaldjian, ESQ.
> Albertelli Law Partners LLC
> P.O. Box 23028
> Tampa, FL 33623

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

MAR 1 2 2014

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7012 1010 0001 1870 9862

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

7012 1010 0001 1870 9862

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Postage   $   $5.60

Certified Fee   $2.70

Return Receipt Fee
(Endorsement Required)   $3.30

Restricted Delivery Fee
(Endorsement Required)   $0.00

Total Postage & Fees   $   $11.60

Sent To
Rubina K. Shaldjian, ESQ.
Street, Apt. No.; Albertelli Law Partners LLC
or PO Box No.  P.O. Box 23028
City, State, ZIP+4  Tampa, FL 33623

PS Form 3800, August 2006    See Reverse for Instructions

Postmark
WEST PALM BEACH, FL GMF WINDOW
MAR -8 2014

(2/4)

English        Customer Service        USPS Mobile

Register / Sign In

# USPS.COM

Search USPS.com or Track Packages

Quick Tools
Track
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Look Up a ZIP Code
Hold Mail
Change of Address

Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

## USPS Tracking™

Customer Service ›
Have questions? We're here to help.

**Tracking Number: 70121010000118709862**

**Expected Delivery Day: Monday, March 10, 2014**

## Product & Tracking Information

## Available Actions

**Postal Product:**
Priority Mail 2-Day™

**Features:**
Certified Mail™

Return Receipt

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 12, 2014 , 8:03 am | Delivered | TAMPA, FL 33623 |
| March 11, 2014 , 3:14 pm | Available for Pickup | TAMPA, FL 33630 |
| March 11, 2014 , 3:13 pm | Available for Pickup | TAMPA, FL 33630 |
| March 11, 2014 , 8:42 am | Sorting Complete | TAMPA, FL 33630 |
| March 11, 2014 , 8:32 am | Available for Pickup | TAMPA, FL 33623 |
| March 11, 2014 , 8:23 am | Arrival at Unit | TAMPA, FL 33630 |
| March 10, 2014 | Depart USPS Sort Facility | TAMPA, FL 33605 |
| March 9, 2014 , 9:07 pm | Processed at USPS Origin Sort Facility | TAMPA, FL 33605 |
| March 9, 2014 | Depart USPS Sort Facility | OPA LOCKA, FL 33054 |
| March 8, 2014 , 11:39 pm | Processed at USPS Origin Sort Facility | OPA LOCKA, FL 33054 |
| March 8, 2014 , 7:59 pm | Dispatched to Sort Facility | WEST PALM BEACH, FL 33416 |
| March 8, 2014 , 3:23 pm | Acceptance | WEST PALM BEACH, FL 33416 |

## Track Another Package

What's your tracking (or receipt) number?

Track It

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | USPS Service Alerts › | Inspector General › |

(3/4)

https://tools.usps.com/go/TrackConfirmAction.action?tRef=fullpage&tLc=1&text28777=...    3/12/2014

No FEAR Act EEO Data ›

Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

Forms & Publications ›
Careers ›

Postal Explorer ›

**USPS.COM**  |  Copyright© 2014 USPS. All Rights Reserved.

(4/4)