UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FILED BY ____ D.C.
JUL 11 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CASE NO.: 14-80009-CIV-HURLEY/HOPKINS

John Pinson,

    Plaintiff

vs

ALBERTELLI LAW PARTNERS LLC, et. al

    Defendant    /

## NOTICE OF UNAVAILABILITY

1. NOTICE IS HEREBY given that John Pinson, pro se, will be unavailable from August 3, 2016 through August 16, 2016.

2. The undersigned requests that no hearings, depositions, conferences, trials, or other matters that will require the undersigned's attendance and/or action be scheduled during that time and that all pending matters be abated until his return. The service and filing of this notice shall constitute an application and request for continuance, extension of time, and/or protective order regarding any matters during the stated period, as may be appropriate.

Dated: July 7, 2016

Respectfully Submitted,

_____
John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
561-833-4816
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed July 7, 2016

John Pinson

**Service List**

Matthew L. Schulis, Esq.
mschulis@albertellilaw.com
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
Tel: 813-221-4743x 2621
Fax: 813-221-9171
*Attorney for Defendants:*
Albertelli Law Partners LLC
James E Albertelli PA