FILED BY _KM_ D.C.

JUL 11 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

### CASE NO.: 14-80009-CIV-HURLEY/HOPKINS

John Pinson,

    Plaintiff

vs

**ALBERTELLI LAW PARTNERS LLC, et. al**

    Defendant    /

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Plaintiff requests the court clerk to enter a default against JAMES E ALBERTELLI PA, as authorized by Federal Rule of Civil Procedure 55.

### Introduction

1. On January 6, 2014, plaintiff John Pinson sued Albertelli Law Partners LLC for damages for violations of the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. §1692 et seq.; and for damages for violations of the Florida Consumer Collection Practices Act (FCCPA) FLA. STAT. §559 (Part VI); and for declaratory and injunctive relief.

2. On March 25, 2014, plaintiff filed his Plaintiff's First Amended Verified Complaint [DE 19] with the Court naming JAMES E ALBERTELLI PA as an additional Defendant.

3. On April 22, 2014, defendant was served with a summons [DE 28] and a copy of plaintiff's amended complaint [DE 19]. Service was by U.S. Priority Certified Mail # 7012 3460 0003 6171 9415 Return Receipt Requested and mailed on April 24, 2014, to the counsel of record Matthew Schulis Esq. of Albertelli Law, who appears on the Docket with mail address: 5404 Cypress Center Dr. Ste 300, Tampa, FL 33609, and was received on April 28, 2014. A copy of the return of service which was filed with the court [DE 28] is attached as "Exhibit A".

4. On September 11, 2015, plaintiff filed his Plaintiff's Second Amended Verified Complaint [DE 48] with the Court.

5. On June 13, 2016 the Court issued an Order [DE 82] adopting the Report and Recommendation of Magistrate Judge thus denying of Defendant's Motion to Dismiss [DE 58], and since the issue of the Order on June 13, 2016, more than 14 days have elapsed and

Defendant did not file a responsive pleading or otherwise defend the suit within the time allowed under FRCP12(a)(4)(A).

6. Plaintiff is entitled to entry of default.

## ARGUMENT

7. The court clerk may enter a default against a party who has not filed a responsive pleading or otherwise defended the suit. FRCP 55(a); *City of N.Y. v. Mickalis Pawn Shop, LLC*, 645 F.3d 114, 129-30 (2d Cir. 2011); see *United States v. $23,000 in U.S. Currency*, 356 F.3d 157, 163 (1st Cir. 2004).

8. The clerk should enter a default against defendant because defendant did not file a responsive pleading within 14 days after June 13, 2016, the date the Court issued its Order Adopting the Report and Recommendation of Magistrate Judge [DE 68] denying Defendants Motion to Dismiss [DE 58]. FRCP 12(a)(4)(A); *see* FRCP 55(a).

9. The clerk should enter a default against defendant because defendant did not otherwise defend the suit. FRCP 55(a); *City of N.Y.*, 645 F.3d at 129-30. More than 14 days have passed since the Motion to Dismiss was denied and Defendant has not filed a responsive pleading or otherwise defend the suit within the time allowed under FRCP12(a)(4)(A).

10. Plaintiff meets the procedural requirements for obtaining an entry of default from the clerk as demonstrated by the attached return of service (Exhibit A).

11. Defendant is a corporation. Defendant is not a minor or an incompetent person. *See* Fed. R. Civ. P. 55(b)(1). Defendant is not in military service. *See* 50 U.S.C. app. §521(b)(1).

### Conclusion

12. Plaintiff asks the court clerk to enter a default against JAMES E ALBERTELLI PA, as authorized by FRCP 55 because more than 14 days have passed since an Order was issued denying Defendants motion to dismiss and Defendant has not filed a responsive pleading or otherwise defend the suit within the time allowed under FRCP12(a)(4)(A). For these reasons, Plaintiff John Pinson asks the clerk to enter a default in favor of plaintiff.

**WHEREFORE**, the Plaintiff, John Pinson, respectfully requests that the Court issue a Default against the Defendant JAMES E ALBERTELLI PA together with such other relief as the Court deems just and proper.

Dated: July 7, 2016

Respectfully Submitted,

John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
561-833-4816
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed: July 7, 2016

John Pinson

### Service List

Matthew L. Schulis, Esq.
mschulis@albertellilaw.com
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
Tel: 813-221-4743x 2621
Fax: 813-221-9171
*Attorney for Defendants:*
Albertelli Law Partners LLC
James E Albertelli PA

Attached "Exhibit A"
3 pages

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 9:14-CV-80009-KLR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JAMES E ALBERTELLI PA
was received by me on *(date)* 04/22/2014 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Served by U.S. Priority Certified Mail # 7012 3460 0003 6171 9415 Return Receipt Requested and mailed on April 24, 2014, to the counsel of record Matthew Schulis Esq. of Albertelli Law, who appears on the Docket with mail address: 5404 Cypress Center Dr. Ste 300, Tampa, FL 33609, and was received on April 28, 2014.

My fees are $ 5.00 for travel and $ 20.00 for services, for a total of $ 25.00 .

I declare under penalty of perjury that this information is true.

Date: 5/9/2014

*Server's signature*

John A. Finger, III
*Printed name and title*

619 Sunset Road
West Palm Beach, Florida 33401

*Server's address*

Additional information regarding attempted service, etc:
A copy of the return receipt, the certified slip, and the USPS.com tracking information printout are attached as proof of receipt of service. The delivery address used was provided by the responsible attorney of record for the defendant as listed on the Docket as the Attorney to be Noticed.





USPS.com® - USPS Tracking

| English | Customer Service | USPS Mobile | | | Register / Sign In |



Search USPS.com or Track Packages   Sub:

Quick Tools   Ship a Package   Send Mail   Manage Your Mail   Shop   Business Solutions

# USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

**Tracking Number: 70123460000361719415**

**Expected Delivery Day: Saturday, April 26, 2014**

## Product & Tracking Information

**Postal Product:** Priority Mail 2-Day™
**Features:** Certified Mail™   Return Receipt

## Available Actions

USPS Text Tracking™

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| April 28, 2014, 1:00 pm | Delivered | TAMPA, FL 33609 |

Your item was delivered at 1:00 pm on April 28, 2014 in TAMPA, FL 33609.

| April 26, 2014, 8:46 am | Out for Delivery | TAMPA, FL 33607 |
| April 26, 2014, 8:36 am | Sorting Complete | TAMPA, FL 33607 |
| April 26, 2014, 3:58 am | Arrival at Unit | TAMPA, FL 33607 |
| April 25, 2014, 1:39 pm | Processed at USPS Origin Sort Facility | TAMPA, FL 33605 |
| April 25, 2014, 1:41 am | Depart USPS Sort Facility | OPA LOCKA, FL 33054 |
| April 25, 2014, 12:33 am | Processed at USPS Origin Sort Facility | OPA LOCKA, FL 33054 |
| April 24, 2014, 9:20 pm | Depart Post Office | WEST PALM BEACH, FL 33416 |
| April 24, 2014, 8:01 pm | Acceptance | WEST PALM BEACH, FL 33416 |

## Track Another Package

What's your tracking (or receipt) number?

Track It

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum ›

USPS.COM | Copyright© 2014 USPS. All Rights Reserved.

5/9/2014