UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**JOHN PINSON**

    Plaintiff,

vs.                              **Case No.: 9:14-cv-80009-KLR**

**ALBERTELLI LAW PARTNERS LLC,**
a Florida LLC; and

**JAMES E. ALBERTELLI P.A.**
A Florida Professional Association,

    Defendant.
_____/

**NOTICE OF FILING RESPONSE TO PLAINTIFF'S DISCOVERY REQUESTS**

COMES NOW Defendant, JAMES E. ALBERTELLI P.A. d/b/a ALBERTELLI LAW and successor by merger to ALBERTELLI LAW PARTNERS LLC, (hereinafter "Albertelli Law") by and through undersigned counsel, hereby filed the following:

1. Defendant's Response to Plaintiff's Corrected First Request for Admissions;

2. Defendant's Response to Plaintiff's Second Request for Admissions;

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF and/or U.S. Mail this __23rd__ day of August, 2016, to all parties listed on the attached service list.

                                          By: /s/ Matthew L. Schulis, Esq.
                                          Matthew L. Schulis, Esq.
                                          FLORIDA BAR #: 57116

mschulis@albertellilaw.com
ALBERTELLI LAW
5404 Cypress Center Drive, Suite 300
TAMPA, FL 33609
Eservice1: GenLit@albertellilaw.com
Eservice2: servealaw@albertellilaw.com

**SERVICE LIST**

| | |
|---|---|
| John Pinson<br>526 Westwood Road<br>West Palm Beach, Florida 33401<br>561-833-4816<br>john@pinson.com<br>*Pro Se Plaintiff* | |

ALAW #14-128384