UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JOHN PINSON

    Plaintiff,

vs.                                              Case No.: 9:14-cv-80009-DTKH

ALBERTELLI LAW PARTNERS LLC,
a Florida LLC; and

JAMES E. ALBERTELLI P.A.
A Florida Professional Association,

    Defendant.
_____/

### DEFENDANT'S REQUEST FOR ADMISSIONS TO PLAINTIFF

COMES NOW Defendant, JAMES E. ALBERTELLI P.A. d/b/a ALBERTELLI LAW and successor by merger to ALBERTELLI LAW PARTNERS LLC, (hereinafter "Albertelli Law"), requests, pursuant to Federal Rule of Civil Procedure 36, that Plaintiff, JOHN PINSON, admit the truth of the following matters and the genuineness of the documents described in the request within the time prescribed by the governing Rule:

1. Plaintiff, JOHN PINSON a/k/a JOHN D. PINSON a/k/a JOHN DAVID PINSON, executed and delivered a Promissory Note ("Note") dated December 23, 2005 and Plaintiff, executed and delivered a Mortgage ("Mortgage") dated December 23, 2005 securing the payment of the Note. The Mortgage was recorded on January 10, 2006 in Official Records Book 19781 at Page 360 of the Public Records of Palm Beach County, Florida and mortgaged the real and personal property located at 526 Westwood Road, West Palm Beach, FL 33401.

2. The abovementioned Note and Mortgage and valid and were executed by the Plaintiff.

1

**Exhibit "A"**

3. Plaintiff has defaulted on the payment of the amounts due under the Note and Mortgage and that the payment due for January 1, 2012, and all subsequent payments due under the Note and Mortgage have not been made.

4. Plaintiff is obligated to pay the full amounts due under the Note and Mortgage to the mortgage holder as a result of the Plaintiff's breach.

5. Debt Validation Requests are governed by 15 U.S.C. § 1692g(b).

6. Responses to Debt Validation Requests are required to be sent by 15 U.S.C. § 1692g(b).

7. Subsequent to the abovementioned default, Plaintiff sent Defendant two debt validation requests under 15 U.S.C. § 1692g(b)- the first occurring on July 22, 2013 and the second on August 19, 2013.

8. Defendant sent a response to the July 22, 2013 inquiry from the Plaintiff on August 13, 2013 as required by 15 U.S.C. § 1692g(b).

9. Defendant's July 22, 2013 response was sent by "Albertelli Law".

10. Plaintiff sent Defendant a second debt validation request on August 19, 2013.

11. Defendant sent a response to the August 19, 2013 inquiry from the Plaintiff on December 24, 2013 as required by 15 U.S.C. § 1692g(b).

12. Defendant's December 24, 2013 response was sent by "Albertelli Law".

13. The alleged communications that were sent in this case are related to the abovementioned mortgage and note and the default thereupon.

14. The alleged communications sent by the Defendant in this case were required responses to debt validation requests under 15 U.S.C. § 1692g(b).

15. Plaintiff has incurred no actual damages by the receipt of the December 24, 2013 debt validation responses sent by the Defendant as required by 15 U.S.C. § 1692g(b).

16. But for the Plaintiff's two debt validation requests- the first occurring on July 22, 2013 and the second on August 19, 2013- the Defendant's required debt validation responses (sent as required by 15 U.S.C. § 1692g(b)) would not have been sent.

17. Plaintiff is not represented by an attorney and therefore has not paid any attorney's fees related to this action.

Respectfully submitted,

ALBERTELLI LAW

Submitted: July 7, 2016

/s/ Matthew L. Schulis, Esq.
Matthew L. Schulis, Esq.
FBN: 57116
mschulis@albertellilaw.com
ALBERTELLI LAW
5404 Cypress Center Drive
Suite 300
Tampa, Florida 33609
Telephone: 813-221-4743 x2621
Facsimile: 813-221-9171

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of Defendant's Request for Admissions was furnished via email/ eServe and/or U.S. Mail this  7th  day of July, 2016 to the attached service list.

By: /s/ Matthew L. Schulis
Matthew L. Schulis, Esquire
Florida Bar Number: 57116
mschulis@albertellilaw.com
ALBERTELLI LAW
P.O. Box 23028

3

Tampa, FL 33623
Tel: (813) 221-4743x 2621
Fax: (813) 221-9171
eService: servealaw@albertellilaw.com

**Service List**

John Pinson
526 Westwood Road
West Palm Beach, FL 33401
john@pinson.com


ALAW# 14-128384