FILED BY _____ D.C.

SEP 06 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 14-80009-CIV-HURLEY/HOPKINS

**John Pinson,**

    Plaintiff

vs

**ALBERTELLI LAW PARTNERS LLC, et. al**

    Defendant_____/

## PLAINTIFFS' PRETRIAL DISCLOSURES

Pursuant to Rule 16.1.D of the Local Rules of the United States District Court for the Southern District of Florida, Rule 26(a)(3) of the Federal Rules of Civil Procedure, and the Order for Pre-Trial Conference [DE 81] entered June 9, 2016, Plaintiff John Pinson hereby make the following disclosures. As a result of the progress of this litigation, the parties began discovery prior to Defendants filing an answer and affirmative defenses in this case. Discovery is ongoing until 10 days prior to pre trial conference.

I.    WITNESSES

A. Witnesses/Affiants Plaintiffs Expect to Present

    1. Plaintiff do not expect to call any witnesses at this time.

B. Witnesses Plaintiffs May Call if the Need Arises

    1. Plaintiff may and hereby reserves the right to call as witnesses the parties to this lawsuit and/or their authorized representatives, including but not limited to the individuals listed on Defendants witness disclosures.

    2. Plaintiff reserves the right to call any and all expert witnesses and fact witnesses listed by any parties of this lawsuit.

    3. Plaintiff reserves the right to call any and all witnesses arising out of discovery not completed to date. Discovery is ongoing.

    4. Plaintiff reserves the right to call impeachment and rebuttal witnesses, as necessary.

    5. Plaintiff reserves the right to amend and/or supplement this Witness List as any time in the future.

C. Deposition Designations

   1. Plaintiff does not expect to designate or present any witness testimony by deposition.

II.    EXHIBITS

  A. Exhibits Plaintiffs Expect to Offer

    1. "Appendix A" to complaint - June 1, 2012 letter from CHASE to Pinson

    2. "Appendix B" to complaint - July 22, 2013 letter from Pinson to ALBERTELLI

    3. "Appendix C" to complaint - August 13, 2013 letter from ALBERTELLI to Pinson

    4. "Appendix D" to complaint - August 19, 2013 letter from Pinson to ALBERTELLI

    5. "Appendix E" to complaint - December 24, 2013 letter from ALBERTELLI to Pinson

  B. Exhibits Plaintiffs May Offer if the Need Arises

    1. Plaintiff reserves the right to offer exhibits arising out of discovery not completed to date. Discovery is ongoing.

    2. Plaintiff reserves the right to supplement and/or amend this Exhibit List.

    3. Plaintiff reserves any and all objections to any and all exhibits listed by any other party in this action.

Dated: September 6, 2016

Respectfully Submitted,

_____
John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
561-833-4816
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed September 6, 2016

John Pinson

## Service List

Matthew L. Schulis, Esq.
mschulis@albertellilaw.com
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
Tel: 813-221-4743x 2621
Fax: 813-221-9171
*Attorney for Defendants:*
Albertelli Law Partners LLC
James E Albertelli PA