UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**John Pinson**

    **Plaintiff,**

**vs.**

**Albertelli Law Partners LLC,**
**A Florida LLC; and**

**JAMES E. ALBERTELLI PA,**                    Case No.: 9:14-cv-80009-KLR

**A Florida Professional Association,**

    **Defendant.**
_____/

## DEFENDANT'S NOTICE OF SERVING ANSWERS TO INTERROGATORIES & REQUEST FOR PRODUCTION.

YOU ARE HEREBY NOTIFIED that the Defendant, JAMES E. ALBERTELLI P.A. d/b/a ALBERTELLI LAW and successor by merger to ALBERTELLI LAW PARTNERS LLC, (hereinafter "Albertelli Law"), by and through its undersigned counsel, has served answers to the Correct First Set of Interrogatories and Request for Production propounded by Plaintiff, John Pinson.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF, FedEx (Tracking No.: 777274365816) and/or via email this  20th  day of September, 2016, to all parties listed on the attached service list.

                                              By:  /s/  Matthew L. Schulis, Esq.
                                              Matthew L. Schulis, Esq.
                                              FLORIDA BAR #: 57116
                                              mschulis@albertellilaw.com
                                              ALBERTELLI LAW

5404 Cypress Center Drive, Suite 300
TAMPA, FL 33609
Eservice1: GenLit@albertellilaw.com
Eservice2: servealaw@albertellilaw.com

**SERVICE LIST**

| |  |
|---|---|
| John Pinson<br>526 Westwood Road<br>West Palm Beach, Florida 33401<br>561-833-4816<br>john@pinson.com<br>*Pro Se Plaintiff* | |

ALAW #14-128384