UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**JOHN PINSON**

    Plaintiff,

vs.                                     **Case No.: 9:14-cv-80009-KLR**

**ALBERTELLI LAW PARTNERS LLC,**
a Florida LLC; and

**JAMES E. ALBERTELLI P.A.**
A Florida Professional Association,

    **Defendant.**
_____/

### DEFENDANTS' MOTION IN LIMINE

**COMES NOW,** Defendant, JAMES E. ALBERTELLI P.A. d/b/a ALBERTELLI LAW and successor by merger to ALBERTELLI LAW PARTNERS LLC (hereinafter "Albertelli Law"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure Rule 26(a)(3), Federal Rules of Evidence Rule 403 and pursuant to Florida Statutes sections 90.402 and 90.403, requests this Honorable Court to exclude certain evidence at trial of this case and files this Motion in Limine, and as grounds therefore status as follows:

1. This matter is currently scheduled for Jury Trial during the October 2016 four (4) week trial period which commences on October 11, 2016.

2. Pursuant to this Honorable Court's Order Setting Jury Trial entered June 9, 2016 (DE 81) and Federal Rules of Civil Procedure Rule 26(a)(3) Plaintiff was required to serve a Witness and Exhibit List which identifies all witnesses and exhibits it intends to call and utilize at trial at least thirty (30) days before calendar call or on or before September 6, 2016.

3. Plaintiff failed to serve a witness list specifically identifying any and all witnesses to be called at trial.

4. Plaintiff has filed "Plaintiff's Pre-Trial Disclosures" within which Plaintiff indicates he does not expect to call any witnesses.

5. Defendant seek to preclude any testimony from any and all individuals that Plaintiff has failed to disclose as a witness.

6. Plaintiff has failed to provide trial exhibit list at least thirty (30) days before calendar call or on or before September 6, 2016.

7. Plaintiff has filed "Plaintiff's Pre-Trial Disclosures" within which Plaintiff indicates he does not intent to introduce any exhibits beyond the previously filed appendices to the complaint and Amended Complaint.

8. Defendant seeks to preclude any testimony regarding any document(s) not produced and submitted to the Defendant.

9. Defendant seeks to preclude the admission of any document not previously produced into evidence as an exhibit or previously attached to the Plaintiff's complaint.

10. Pursuant to Federal Rules of Evidence Rule 403, exclusion of any or all of the evidence described above is required as the value of such evidence is substantially outweighed by the danger of unfair prejudice, confusion of the issues, and misleading the trier of fact.

11. In an effort to protect the Defendant from late additions to Plaintiff's Witness & Exhibit list, Defendant seeks to preclude the admission of any document and/or

testimony from a witness Plaintiff seeks to introduce into evidence at trial that has not been noticed on Plaintiff's Witness & Exhibit List, as highly prejudicial and not relevant to the matters being tried in this case.

12. Introduction of any evidence and/or witnesses by the Plaintiff at trial that were not noticed pursuant to this Honorable Court's Trial Order would be highly prejudicial to the Defendant.

13. Pursuant to Federal Rules of Evidence Rule 403, exclusion of such evidence is required due to the highly prejudicial nature, the undue delay in production and the lack of relevance.

**WHEREFORE**, Defendant respectfully requests this Honorable Court enter an order excluding any and all evidence, testimony, witnesses or references to the aforementioned information not listed on Plaintiff's Witness & Exhibit list from introduction at the trial of this case; and for any further relief this Honorable Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the Motion was furnished via email/ CM/ECF, FedEx (Tracking No.: 777274365816) and/or via email this  20th  day of September, 2016 to the attached service list.

By: /s/ Matthew L. Schulis, Esq.
☒ Matthew L. Schulis, Esq.
FLORIDA BAR #: 57116
mschulis@albertellilaw.com
ALBERTELLI LAW

        5404 Cypress Center Drive, Suite 300
        TAMPA, FL 33609
        Tel: 813-221-4743
        Fax: 813-221-9171
        Eserve: GenLit@albertellilaw.com

## **SERVICE LIST**

| | |
|---|---|
| John Pinson<br>526 Westwood Road<br>West Palm Beach, Florida 33401<br>561-833-4816<br>john@pinson.com<br>*Pro Se Plaintiff* | |

ALAW #14-128384