UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**John Pinson**

    **Plaintiff,**
vs.

**Albertelli Law Partners LLC,**
**A Florida LLC; and**

**JAMES E. ALBERTELLI PA,**                  Case No.: 9:14-cv-80009-KLR

**A Florida Professional Association,**

    **Defendant.**
_____/

## DEFENDANT'S WITNESS AND EXHIBIT LIST

COMES NOW Defendants, James E. Albertelli and James E. Albertelli P.A., (hereinafter collectively known as "Albertelli Law"), by and through its undersigned counsel and pursuant to the Court's Amended Order Setting Cause for Non-Jury Trial entered June 8, 2016 (DE 81), hereby discloses its intended witness(es) and exhibits:

    I.    Witnesses:

        a.  Defendants reserve the right to call any witness(es) called to testify by or for the Plaintiff(s).

        b.  Defendants reserve the right to supplement this witness list if additional witness(es) are identified or deemed necessary.

    II.   Exhibits.
        a.  <u>Plaintiff's Exhibits</u>:  Defendant reserves the right to utilize any exhibits submitted by or for the Plaintiff herein.

III.     Upon request, the aforementioned exhibits will be made available to any party for examination.  To schedule an examination of the documents please contact Timothy Goodwin at tgoodwin@albertellilaw.com.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing was furnished via email/ eServe and/or U.S Mail this   23rd   day of September, 2016 to the attached service list.

Respectfully submitted,

By:  /s/ Matthew L. Schulis, Esq.

☒ Matthew L. Schulis, Esq.
FLORIDA BAR #: 57116
mschulis@albertellilaw.com
ALBERTELLI LAW
5404 Cypress Center Drive, Suite 300
TAMPA, FL 33609
Tel: 813-221-4743
Fax: 813-221-9171
Eserve: GenLit@albertellilaw.com

## SERVICE LIST

| John Pinson<br>526 Westwood Road<br>West Palm Beach, Florida 33401<br>561-833-4816<br>john@pinson.com<br>*Pro Se Plaintiff* | |

ALAW #14-128384