## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

**John Pinson**

      **Plaintiff,**

**vs.**

**Albertelli Law Partners LLC,**
**A Florida LLC; and**

**JAMES E. ALBERTELLI PA,**             **Case No.: 9:14-cv-80009-KLR**

**A Florida Professional Association,**

      **Defendant.**

_____/

## DEFENDANT'S NOTICE OF SERVING OFFER FOR JUDGMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68

YOU ARE HEREBY NOTIFIED that the Defendant, JAMES E. ALBERTELLI P.A. d/b/a ALBERTELLI LAW and successor by merger to ALBERTELLI LAW PARTNERS LLC, (hereinafter "Albertelli Law"), by and through its undersigned counsel, has served an Offer for Judgment to Plaintiff, John Pinson, in an effort to avoid wasting judicial resources, juror's time as well as attorney's fees and costs resolving this matter at trial. Settlement negotiations have proven to be fruitless as a result of the Plaintiff appearing *Pro Se.*

This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and is not to be construed as either an admission that Defendant, Albertelli Law, is liable in this action, or that the Plaintiff, John Pinson, has suffered any damage(s). Defendant has made a good faith offer for judgment in line with the Eleventh Circuit's holding in *Abby v. Paige*, 553 F. App'x 970 (11th Cir. 2014) *affirming Abby v. Paige*, 2013 U.S. Dist. LEXIS 4625 (S.D. Fla., Jan. 11, 2013) and the Florida Supreme Court's holding in *Atl. Coast Line R. Co. v. Saffold*,

130 Fla. 598, 602 (1938) regarding the in ability for a double recovery; the United States District Court Middle District of Florida holding in *Correa v. BAC Home Loans Servicing LP*, No. 6:11-cv-1197-Orl-22DAB, 2012 U.S. Dist. LEXIS 159089 (M.D. Fla. Apr. 9, 2012) regarding the unavailability of an award of attorney's fees to a *Pro Se* litigant; and the Eleventh Circuit's holding in *Sibley v. Fulton Dekalb Collection Serv.*, 677 F.2d 830, 834 (11th Cir. 1982) regarding the unavailability of equitable relief to a private individual under the FDCPA.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF, regular U.S. Mail and/or via email this __23rd__ day of September, 2016, to all parties listed on the attached service list.

By:__/s/  Matthew L. Schulis, Esq.__
Matthew L. Schulis, Esq.
FLORIDA BAR #: 57116
mschulis@albertellilaw.com
ALBERTELLI LAW
5404 Cypress Center Drive, Suite 300
TAMPA, FL 33609
Eservice1: GenLit@albertellilaw.com
Eservice2: servealaw@albertellilaw.com

## SERVICE LIST

| | |
|---|---|
| John Pinson<br>526 Westwood Road<br>West Palm Beach, Florida 33401<br>561-833-4816<br>john@pinson.com<br>*Pro Se Plaintiff* | |

ALAW #14-128384