# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

### CASE NO.: 14-80009-CIV-HURLEY/HOPKINS

John Pinson,

    Plaintiff

vs

ALBERTELLI LAW PARTNERS LLC, et. al

    Defendant   /

FILED BY _____ D.C.

SEP 26 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## NOTICE OF SECOND ADMISSIONS DEEMED ADMITTED

COMES NOW Plaintiff, John Pinson, who gives Notice that on August 20, 2016 the Plaintiff served his "Plaintiff's Second Requests for Admission to the defendant James E Albertelli PA individually and James E Albertelli PA as successor by merger to Albertelli Law Partners LLC" upon the Defendants via FedEx #7770-4166-1553. Said Admissions were received by Defendants on August 22, 2016. Responses were due September 24, 2016.

On September 22, 2016, Plaintiff inquired by email to opposing counsel of Defendant's lack of response to Plaintiff's discovery requests. The time to respond as expired.

The Defendants have failed to serve a timely response to said Admissions and Plaintiff has not received a response from the Defendants within the allowed time and therefore all Admissions are Deemed Admitted under FRCP 36(a)(3).

A true and correct copy of the Plaintiff's Second Requests for Admission served on August 20, 2016 is attached and incorporated herein as "Exhibit A". Proof of FedEx #7770-4116-1553 signed receipt of delivery of Requests for Admission is attached as "Exhibit B". Plaintiff's August 20, 2016 cover letter is attached as "Exhibit C". Plaintiff's September 22, 2016 e-mail is attached as "Exhibit D" and opposing counsel's read receipt as "Exhibit E".

Dated: September 26, 2016

Respectfully Submitted,

_____
John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
561-833-4816
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed September 26, 2016

_____
John Pinson

### Service List

Matthew L. Schulis, Esq.
mschulis@albertellilaw.com
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
Tel: 813-221-4743x 2621
Fax: 813-221-9171
*Attorney for Defendants:*
Albertelli Law Partners LLC
James E Albertelli PA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

### CASE NO.: 14-80009-CIV-HURLEY/HOPKINS

**John Pinson,**

    Plaintiff

vs

**ALBERTELLI LAW PARTNERS LLC, et. al**

    Defendant    /

"Exhibit A"

### PLAINTIFF'S SECOND REQUESTS FOR ADMISSION TO DEFENDANT JAMES E ALBERTELLI PA INDIVIDUALLY AND JAMES E ALBERTELLI PA AS SUCCESSOR BY MERGER TO ALBERTELLI LAW PARTNERS LLC

To:    Defendant James E Albertelli PA individually and James E Albertelli PA as successor by merger to Albertelli Law Partners LLC, collectively and hereinafter referred to as "ALBERTELLI", through its attorney of record, Matthew L. Schulis, Esq. of Albertelli Law, 5404 Cypress Center Drive, Suite 300, Tampa, FL 33609..

Via FedEx #7770 4116 1553

Pursuant to the Federal Rules of Civil Procedure Rule 26 and 36, and the Local Rules for the Southern District of Florida, Plaintiff, John Pinson, propounds the following Requests for Admission to Defendant, ALBERTELLI, to be answered under oath within thirty (30) days from the time these requests are served as prescribed by the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of Florida.

### DEFINITIONS

1. **"Document"** means anything which may be considered to be a document or tangible thing within the contemplation of Federal Rule of Civil Procedure 30(b)(6), and includes, without limitation, any written, printed, typewritten, handwritten, recorded or other graphic matter or computer generated or stored information, whether produced in hard copy or other tangible medium or presently stored within the memory of a computer or other storage device, such as tapes, hard or floppy disks, CDs, or mag cards, now or at any time in your possession, custody, or control; and, includes generally and without limiting the generality of the foregoing definitions, any correspondence, letters, telegrams, telexes, cables, transcripts, agreements, contracts, notes, memoranda, jottings, projections, reports, opinions, work papers, diaries, daybooks, notebooks, calendars, address and telephone records, expense records and vouchers, time records, personnel records, minutes, summaries of any communications, reports or summaries or investigations, books of account, journals, ledgers, journal entries, accounting books and records, spread sheets, micro-fiche cards, microfilms,

photographs, films, appraisals, surveys, financial statements, financial forecasts, computer programs, computer printouts, manuals, guides, books, magazines, newspapers, publications, and all preliminary versions and drafts, revisions of, or notations on any of the foregoing, including all non-identical copies and drafts of any of the foregoing, and all summaries, analyses, or reports relating or referring in whole or in part to any of the foregoing. Without limitation of the word "control" as used in the preceding paragraph, a document shall be deemed to be in your control if ALBERTELLI has the right to secure the document or a copy therefrom from another person or public or private entity having possession or custody thereof.

2. **"All documents"** means every document and every non-identical copy known to ALBERTELLI and every such document or writing which ALBERTELLI can locate or discover by reasonably diligent efforts.
3. **"ALBERTELLI"**, **"you"** or **"your"** refers to the defendant James E Albertelli PA individually and James E Albertelli PA as successor by merger to Albertelli Law Partners LLC and/or any attorney or agent performing the services referred to herein or acting on his or its behalf.
4. **"Person"** includes natural persons and all other legal entities.
5. **"Personal identifying information"** or **"personal identifiers"** as used herein shall mean the name, address, date of birth, Social Security number, "aka" or any other information intended to refer to or identify the plaintiff within a consumer report, consumer disclosure or file maintained or issued by any of the defendants.
6. The terms **"identify"**, **"identity"**, or **"identification"**, shall have the following meanings: **(a)** when used in reference to an individual natural person shall mean to state the name, the present or last known business and resident addresses, the current business affiliation and position, and the position during the time specified of said individual; **(b)** when used in reference to any other entity included within the definition of "person," above, shall mean to state the current or last names, if any, the present or last known business address, the nature of the business, and the identity of the chief executive officer(s) and/or general manager(s) throughout the specified time period, of said entity: **(c)** when used in reference to a document shall mean to state the following: **(i)** the date of its preparation; **(ii)** the identity of its author and of any individual involved in its preparation and/or its production; **(iii)** what type of document it is (e.g., letter, chart, memorandum, etc.) or some other designation by which to identify it: **(iv)** its contents; **(v)** its present custodian or its location; and, **(vi)** the identification of all persons for whom it was prepared, or who received copies of it, re-surveys, graphs, charts, photographs, phonographs, films, tapes, discs, drums, printouts, and all other data whether recorded by electronic or any other means. If a document was prepared in several copies or if additional copies were thereafter made, and if any such copies were not identical or are no longer identical by reason of subsequent notation or modification of any kind whatsoever, including, without limitation, notations on the front or back of any of the pages thereof, then each such non-identical copy is a separate document and must be identified.
7. **"FDCPA"** means the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et. seq.
8. **"FCCPA"** means the Florida Consumer Collection Practices Act  Fla. Stat. §559 et sec.
9. **"Inaccurate"** means "patently incorrect" or when it is "misleading in such a way and to such an extent that it can be expected to have an adverse effect".

## REQUESTS FOR ADMISSIONS

Pursuant to Rule 36 of The Federal Rules of Civil Procedure, plaintiff requests the defendant James E Albertelli PA individually and James E Albertelli PA as successor by merger to Albertelli Law Partners LLC to admit or deny the truth of the following for the purposes of this action only:

### Request for Admission No. 23

Admit or Deny: No written contract exists between you and Plaintiff.

### Request for Admission No. 24

Admit or Deny: No written contract creating exists between you and Plaintiff creating any debt.

### Request for Admission No. 25

Admit or Deny: The Plaintiff owes you nothing.

Dated: August 20, 2016

Respectfully Submitted,

John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
561-833-4816
john@pinson.com

## CERTIFICATE OF SERVICE

This shall certify that today I served, via FedEx #7770 4116 1553, a true original copy of Plaintiff's Second Requests for Admission to the defendant James E Albertelli PA individually and James E Albertelli PA as successor by merger to Albertelli Law Partners LLC, collectively, c/o it's attorney Matthew L. Schulis, Esq. of Albertelli Law, 5404 Cypress Center Drive, Suite 300, Tampa, FL 33609., as listed on the Service List below.

Signed August 20, 2016

John Pinson

## Service List

Matthew L. Schulis, Esq.
Albertelli Law
5404 Cypress Center Drive, Suite 300
Tampa, FL 33609
*Attorney for Defendants:*
Albertelli Law Partners LLC
James E Albertelli PA



September 24, 2016

Dear Customer:                                   "Exhibit B"

The following is the proof-of-delivery for tracking number **777041161553**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | L.GUEST | **Delivery location:** | 5404 CYPRESS CENTER DR. |
| | | | TAMPA, FL 33609 |
| **Service type:** | FedEx Standard Overnight | **Delivery date:** | Aug 22, 2016 08:50 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 777041161553 | **Ship date:** | Aug 20, 2016 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**  
Matthew Schulis, Esq.  
Albertelli Law  
5404 Cypress Center Dr.  
Ste. 300  
TAMPA, FL 33609 US  
**Reference**

**Shipper:**  
John Pinson  
526 WESTWOOD RD  
WEST PALM BEACH, FL 33401 US  

ALP/JEA DR2

Thank you for choosing FedEx.

**John Pinson**
526 Westwood Road
West Palm Beach, Florida 33401

"Exhibit C"

<u>Via FedEx 7770 4116 1553</u>

August 20, 2016

Matthew Schulis Esq.
Albertelli Law
5404 Cypress Center Dr., Ste. 300
Tampa, FL 33609

      Re:    Pinson v. Albertelli Law Partners LLC, et. al.
              Case No.: 9:14-civ-80009

*Enclosed - Second Discovery Requests dated August 20, 2016*

Mr. Schulis:

     On July 22, 2016, I sent you my first set of (corrected) discovery which you received on July 25, 2016.

     After reviewing you answer and affirmative defenses [DE 97], I am sending you the following second set of discovery requests.

     Per the above captioned, enclosed you will find the following items pertaining thereto:

1. Plaintiff's Second Set of Interrogatories dated August 20, 2016;
2. Plaintiff's Second Requests For Production dated August 20, 2016;
3. Plaintiff's Second Requests for Admission dated August 20, 2016.

     Thanking you for your timely attention, I am

                             Yours Sincerely,

                             John Pinson

JP:
Enc. 3 ✓
Via:    FedEx 7770 4116 1553

# John D Pinson

| | |
|---|---|
| **From:** | John D Pinson <john@pinson.com> |
| **Sent:** | Thursday, September 22, 2016 10:41 PM |
| **To:** | Matthew Schulis |
| **Subject:** | Pinson v Albertelli Law Partners LLC - Case No.: 9:14-cv-80009 - 2nd Discovery Requests |
| **Importance:** | High |

"Exhibit D"

Mr. Schulis,

My second discovery requests were delivered to your office and left with your receptionist on Monday August 22, 2016, and accordingly were due to be received by me yesterday Wednesday, September 21, 2016. As of this evening September 22, 2016, they have still not been received.

Please advise as to whether you have responded and when or if you have not responded whether you intend to do so.

Yours Truly,

John Pinson

1

# John D Pinson

**From:** Matthew Schulis <mschulis@albertellilaw.com>
**To:** John D Pinson
**Sent:** Thursday, September 22, 2016 10:41 PM
**Subject:** Read: Pinson v Albertelli Law Partners LLC - Case No.: 9:14-cv-80009 - 2nd Discovery Requests

"Exhibit E"

Your message

To: Matthew Schulis
Subject: Pinson v Albertelli Law Partners LLC - Case No.: 9:14-cv-80009 - 2nd Discovery Requests
Sent: Thursday, September 22, 2016 10:40:37 PM (UTC-05:00) Eastern Time (US & Canada)

was read on Thursday, September 22, 2016 10:41:19 PM (UTC-05:00) Eastern Time (US & Canada).