UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80009-CV-HURLEY

**JOHN PINSON**

      **Plaintiff,**

vs.

**ALBERTELLI LAW PARTNERS LLC et al,**

      **Defendant.**

------------------------------------------/

## ORDER SETTING HEARING

**THIS CAUSE** comes before the court upon the parties various pretrial motions. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

A hearing on all pending motions will be conducted on **Monday, October 3, 2016, at 2:30 p.m.** in Courtroom 5 at the U. S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 27th day of September, 2016.

                                                Daniel T. K. Hurley
                                                United States District Judge

Copy furnished counsel