UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-80009-CIV-HURLEY/HOPKINS

John Pinson,

    Plaintiff

vs

ALBERTELLI LAW PARTNERS LLC, et. al

    Defendant    /

FILED BY ___ D.C.
SEP 27 2016

## PLAINTIFF'S SECOND MOTION IN LIMINE

**COMES NOW**, the Plaintiff *pro se*, John Pinson, requests this Honorable Court to issue an Order that the Defendants, its witnesses, and attorneys shall not mention within the hearing of the jury the availability of an award of attorney's fees to Mr. Pinson should he succeed in this litigation, and files this Motion in Limine, and in support states as follows:

### Introduction

This action commenced on January 6, 2014. Plaintiff sues defendants James E Albertelli PA and Albertelli Law Partners LLC for violations of the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. §1692 et seq.; and of the Florida Consumer Collection Practices Act (FCCPA) FLA. STAT. §559 (Part VI).

Attorney's fees may be awarded to a successful Plaintiff both under FDCPA and FCCPA.

### Argument

"The award of attorney fees is a matter for the judge not the jury." *Brooks v. Cook*, 938 F.2d 1048, 1051 (9th Cir. 1991). The Ninth Circuit went further to state:

> In a case where the Plaintiff is entitled to compensatory damages, informing the jury of the Plaintiff's potential right to receive attorneys' fees might lead the jury to offset the fees by reducing the damage award. Even more troubling, however, is the case where actual damages are small or non-existent. When damages are nominal, there is a risk that the jury may believe that the "harm" does not justify the payment of a large fee award. The jury may thus decide to find for Defendant rather than allow the Plaintiffs' attorney to recover fees.

*Brooks v. Cook*, 938 F.2d 1048, 1051 (9th Cir. 1991).

Congress stated its unequivocal intent "that private enforcement actions would be the primary enforcement tool of the Act." *Baker v. G.C. Servs. Corp.*, 677 F.2d 775, 780–781 (9th Cir. 1982). Congress intended that the FDCPA be enforced by private attorneys general. *Wright v. Finance Service of Norwalk, Inc.*, 22 F.3d 647, 650 (6th Cir. 1994).

Plaintiff may yet engage legal representation, including at trial, to further his efforts in his status as a private attorney general enforcing public policies as intended by Congress.

Thus, the Court should instruct Defendants' witnesses and attorneys not to mention the availability of attorneys' fees to the successful Plaintiff in the presence of the jury.

### Conclusion

To avoid improperly prejudicial and inflammatory references, and to restrict the case to the issue at hand (whether Defendants violated the FDCPA and FCCPA), Plaintiff's motion in limine should be granted.

For these reasons, Plaintiff asks the Court to instruct Defendants' witnesses and attorneys not to mention the availability of attorneys' fees to the successful Plaintiff in the presence of the jury, and to instruct defendant and all attorneys to warn and caution each of their witnesses to follow the same instructions.

**WHEREFORE**, the Plaintiff *pro se*, John Pinson, respectfully moves this Honorable Court to issue an Order: granting his Motion in Limine and directing Defendants' witnesses and attorneys not to mention the availability of attorneys' fees to the successful Plaintiff in the presence of the jury; and any other relief as deemed equitable and just.

Dated: September 27, 2016

Respectfully Submitted,

John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
561-833-4816
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed September 27, 2016

John Pinson

## Service List

Matthew L. Schulis, Esq.
mschulis@albertellilaw.com
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
Tel: 813-221-4743x 2621
Fax: 813-221-9171
*Attorney for Defendants:*
Albertelli Law Partners LLC
James E Albertelli PA