# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 14-80009-CIV-HURLEY/HOPKINS

John Pinson,

    Plaintiff

vs

ALBERTELLI LAW PARTNERS LLC, et. al

    Defendant    /

FILED BY _____ D.C.

SEP 30 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## PLAINTIFF'S SEVENTH MOTION IN LIMINE

**COMES NOW**, the Plaintiff *pro se*, John Pinson, requests this Honorable Court to issue an Order to preclude (1) any of the Defendants from offering testimony from any witnesses Defendants have not already named or identified in their Rule 26(a)(1) disclosures; and, (2) any Defendant from offering testimony from any witness not identified in response to Plaintiff's discovery requests asking for the identification of individuals with information pertaining to the facts in this case, and in support states as follows:

### Introduction

This action commenced on January 6, 2014. Plaintiff sues defendants James E Albertelli PA and Albertelli Law Partners LLC for violations of the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. §1692 et seq.; and of the Florida Consumer Collection Practices Act (FCCPA) FLA. STAT. §559 (Part VI).

Plaintiff has never received Rule 26(a)(1) disclosures from Defendants. Plaintiff's four discovery motions are currently pending before this Court: Plaintiff's Motion to Compel Better Responses to Plaintiff's Corrected First set of Interrogatories; Plaintiff's Motion to Compel Better Responses to Plaintiff's Corrected First Requests for Production; Plaintiff's Motion to Compel Plaintiff's Second set of Interrogatories; Plaintiff's Motion to Compel Plaintiff's Second Requests for Production. Also pending is Plaintiff's Motion for Continuance.

Plaintiff moves the Court to preclude (1) any of the Defendants from offering testimony from any witnesses Defendants have not already named or identified in their Rule 26(a)(1) disclosures; and, (2) any Defendant from offering testimony from any witness not identified in response to Plaintiff's discovery requests asking for the identification of individuals with information pertaining to the facts in this case.

## Argument

Plaintiff moves the court to preclude Defendants from offering testimony from any witnesses Defendants have not already named in their Rule 26(a)(1) disclosures or identified in response to Plaintiff's discovery requests asking for the identification of individuals with information pertaining to the facts in this case. Allowing testimony from as yet unidentified fact witnesses would be prejudicial to Plaintiff, as he would not have had the opportunity to conduct discovery of those individuals. Federal Rule of Evidence 403.

In addition, Plaintiff's Interrogatory No. 3 asked Defendants to "identify all individuals known to you or your attorney who are witnesses to the events described in Plaintiff's complaint or to any event which is the subject of any defense you have raised to this lawsuit. .." (See: Plaintiff's Motion to Compel Defendants to Respond to Plaintiff's Corrected First set of Interrogatories, Exhibit A; and, Plaintiff's Motion to Compel Better Responses to Plaintiff's Corrected First set of Interrogatories, Exhibit A.).

Defendants failed to respond to those interrogatory requests and Plaintiff was forced to file a motion to compel. Following Plaintiff's motion to compel Defendants forwarded interrogatory responses which were not answered under oath, and as such inadmissible as evidenced, and including twenty-two repetitive and boilerplate formulaic objections, forcing Plaintiff to file his Plaintiff's Motion to Compel Better Responses to Plaintiff's Corrected First set of Interrogatories. Plaintiff's motion to compel better responses is currently pending and Plaintiff has filed a timely motion for continuance.

Allowing such testimony would be prejudicial to Plaintiff as he properly conducted discovery to find out any information those would individuals may have, and Defendants chose to deny him that information. Federal Rule of Evidence 403.

**WHEREFORE**, the Plaintiff *pro se*, John Pinson, respectfully moves this Honorable Court to issue an Order: to preclude (1) any of the Defendants from offering testimony from any witnesses Defendants have not already named or identified in their Rule 26(a)(1) disclosures; and, (2) any Defendant from offering testimony from any witness not identified in response to Plaintiff's discovery requests asking for the identification of individuals with information pertaining to the facts in this case.; and any other relief as deemed equitable and just.

Dated: September 30, 2016

Respectfully Submitted,

John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
561-833-4816
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed September 30, 2016

John Pinson

### Service List

Matthew L. Schulis, Esq.
mschulis@albertellilaw.com
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
Tel: 813-221-4743x 2621
Fax: 813-221-9171
*Attorney for Defendants:*
Albertelli Law Partners LLC
James E Albertelli PA