# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

**CASE NO.: 14-80009-CIV-HURLEY/HOPKINS**

John Pinson,

      Plaintiff

vs

**ALBERTELLI LAW PARTNERS LLC, et. al**

    Defendant    /

FILED BY _____ D.C.

SEP 26 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

---

## NOTICE OF FIRST ADMISSIONS DEEMED ADMITTED

COMES NOW Plaintiff, John Pinson, who gives Notice that on July 22, 2016 the Plaintiff served his "Plaintiff's Corrected First Requests for Admission to the defendant James E Albertelli PA individually and James E Albertelli PA as successor by merger to Albertelli Law Partners LLC" upon the Defendants via FedEx #7768-2660-1991. Said Admissions were received by Defendants on July 25, 2016. Responses were due August 27, 2016.

On August 30, 2016, Plaintiff inquired by email to opposing counsel of Defendant's lack of response to Plaintiff's discovery requests. The time to respond as expired.

The Defendants have failed to serve a timely response to said Admissions and Plaintiff has not received a response from the Defendants within the allowed time and therefore all Admissions are Deemed Admitted under FRCP 36(a)(3).

A true and correct copy of the Plaintiff's Corrected First Requests for Admission served on July 22, 2016 is attached and incorporated herein as "Exhibit A". Proof of FedEx #7768-2660-1991 delivery of Requests for Admission is attached as "Exhibit B". Plaintiff's July 22, 2016 cover letter is attached as "Exhibit C". Plaintiff's August 30, 2016 e-mail is attached as "Exhibit D" and opposing counsel's read receipt as "Exhibit E".

Dated: September 26, 2016                Respectfully Submitted,

_____

John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
561-833-4816
john@pinson.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

    Signed September 26, 2016

_____

John Pinson

## Service List

Matthew L. Schulis, Esq.
mschulis@albertellilaw.com
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
Tel: 813-221-4743x 2621
Fax: 813-221-9171
*Attorney for Defendants:*
Albertelli Law Partners LLC
James E Albertelli PA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

### CASE NO.: 14-80009-CIV-HURLEY/HOPKINS

John Pinson,

      Plaintiff

vs

ALBERTELLI LAW PARTNERS LLC, et. al

_____Defendant\_\_\_\_\_/

`"Exhibit A"`

## PLAINTIFF'S CORRECTED FIRST REQUESTS FOR ADMISSION TO DEFENDANT JAMES E ALBERTELLI PA INDIVIDUALLY AND JAMES E ALBERTELLI PA AS SUCCESSOR BY MERGER TO ALBERTELLI LAW PARTNERS LLC

To:    Defendant James E Albertelli PA individually and James E Albertelli PA as successor by merger to Albertelli Law Partners LLC, collectively and hereinafter referred to as "ALBERTELLI", through its attorney of record, Matthew L. Schulis, Esq. of Albertelli Law, 5404 Cypress Center Drive, Suite 300, Tampa, FL 33609..

Via FedEx #7768-2660-1991

Pursuant to the Federal Rules of Civil Procedure Rule 26 and 36, and the Local Rules for the Southern District of Florida, Plaintiff, John Pinson, propounds the following Requests for Admission to Defendant, ALBERTELLI, to be answered under oath within thirty (30) days from the time these requests are served as prescribed by the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of Florida.

## DEFINITIONS

1. **"Document"** means anything which may be considered to be a document or tangible thing within the contemplation of Federal Rule of Civil Procedure 30(b)(6), and includes, without limitation, any written, printed, typewritten, handwritten, recorded or other graphic matter or computer generated or stored information, whether produced in hard copy or other tangible medium or presently stored within the memory of a computer or other storage device, such as tapes, hard or floppy disks, CDs, or mag cards, now or at any time in your possession, custody, or control; and, includes generally and without limiting the generality of the foregoing definitions, any correspondence, letters, telegrams, telexes, cables, transcripts, agreements, contracts, notes, memoranda, jottings, projections, reports, opinions, work papers, diaries, daybooks, notebooks, calendars, address and telephone records, expense records and vouchers, time records, personnel records, minutes, summaries of any communications, reports or summaries or investigations, books of account, journals, ledgers, journal entries, accounting books and records, spread sheets, micro-fiche cards, microfilms,

photographs, films, appraisals, surveys, financial statements, financial forecasts, computer programs, computer printouts, manuals, guides, books, magazines, newspapers, publications, and all preliminary versions and drafts, revisions of, or notations on any of the foregoing, including all non-identical copies and drafts of any of the foregoing, and all summaries, analyses, or reports relating or referring in whole or in part to any of the foregoing. Without limitation of the word "control" as used in the preceding paragraph, a document shall be deemed to be in your control if ALBERTELLI has the right to secure the document or a copy therefrom from another person or public or private entity having possession or custody thereof.

2. **"All documents"** means every document and every non-identical copy known to ALBERTELLI and every such document or writing which ALBERTELLI can locate or discover by reasonably diligent efforts.

3. **"ALBERTELLI"**, **"you"** or **"your"** refers to the defendant James E Albertelli PA individually and James E Albertelli PA as successor by merger to Albertelli Law Partners LLC and/or any attorney or agent performing the services referred to herein or acting on his or its behalf.

4. **"Person"** includes natural persons and all other legal entities.

5. **"Personal identifying information"** or **"personal identifiers"** as used herein shall mean the name, address, date of birth, Social Security number, "aka" or any other information intended to refer to or identify the plaintiff within a consumer report, consumer disclosure or file maintained or issued by any of the defendants.

6. The terms **"identify"**, **"identity"**, or **"identification"**, shall have the following meanings: **(a)** when used in reference to an individual natural person shall mean to state the name, the present or last known business and resident addresses, the current business affiliation and position, and the position during the time specified of said individual; **(b)** when used in reference to any other entity included within the definition of "person," above, shall mean to state the current or last names, if any, the present or last known business address, the nature of the business, and the identity of the chief executive officer(s) and/or general manager(s) throughout the specified time period, of said entity: **(c)** when used in reference to a document shall mean to state the following: **(i)** the date of its preparation; **(ii)** the identity of its author and of any individual involved in its preparation and/or its production; **(iii)** what type of document it is (e.g., letter, chart, memorandum, etc.) or some other designation by which to identify it: **(iv)** its contents; **(v)** its present custodian or its location; and, **(vi)** the identification of all persons for whom it was prepared, or who received copies of it, re-surveys, graphs, charts, photographs, phonographs, films, tapes, discs, drums, printouts, and all other data whether recorded by electronic or any other means. If a document was prepared in several copies or if additional copies were thereafter made, and if any such copies were not identical or are no longer identical by reason of subsequent notation or modification of any kind whatsoever, including, without limitation, notations on the front or back of any of the pages thereof, then each such non-identical copy is a separate document and must be identified.

7. **"FDCPA"** means the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et. seq.

8. **"FCCPA"** means the Florida Consumer Collection Practices Act  Fla. Stat. §559 et sec.

9. **"Inaccurate"** means "patently incorrect" or when it is "misleading in such a way and to such an extent that it can be expected to have an adverse effect".

## **REQUESTS FOR ADMISSIONS**

Pursuant to Rule 36 of The Federal Rules of Civil Procedure, plaintiff requests the defendant James E Albertelli PA individually and James E Albertelli PA as successor by merger to Albertelli Law Partners LLC to admit or deny the truth of the following for the purposes of this action only:

### **Request for Admission No. 1**

Admit or Deny: that you have no contract between the Plaintiff and yourself.

Response:

### **Request for Admission No. 2**

Admit or Deny: Defendant has no evidence Plaintiff owes Defendant anything.

Response:

### **Request for Admission No. 3**

Admit or Deny: Plaintiff has no debt in connection with any Defendant

Response:

### **Request for Admission No. 4**

Admit or Deny: ALBERTELLI destroyed documents relating to John Pinson, containing information about John Pinson or which referenced in any way John Pinson, John Pinson's personal identifiers (including his social security number), or any alleged account you have ever attributed to him.

### **Request for Admission No. 5**

Admit or Deny: ALBERTELLI was named as defendant in similar consumer lawsuits within the past four years.

**Request for Admission No. 6**

Admit or Deny: ALBERTELLI did rely solely on representations of a third party with regard to John Pinson.

**Request for Admission No. 7**

Admit or Deny: The record fails to establish any verified evidence to prove ALBERTELLI's defense in this matter.

**Request for Admission No. 8**

Admit or Deny: ALBERTELLI has written procedures regarding the investigation of consumer disputes.

**Request for Admission No. 9**

Admit or Deny: ALBERTELLI did conduct a reasonable investigation with regard to John Pinson.

**Request for Admission No. 10**

Admit or Deny: No employee from ALBERTELLI ever telephoned the John Pinson to verify or question the accuracy of John Pinson's disputes.

**Request for Admission No. 11**

Admit or Deny: ALBERTELLI subscribes to a liability insurance policy issued to ALBERTELLI which may cover ALBERTELLI's alleged liability in this suit.

**Request for Admission No. 12**

Admit or Deny: ALBERTELLI is a debt collector.

**Request for Admission No. 13**

Admit or Deny: ALBERTELLI attempted to collect an alleged debt from Plaintiff.

**Request for Admission No. 14**

Admit or Deny: ALBERTELLI filed an action against Plaintiff.

**Request for Admission No. 15**

Admit or Deny: you failed to provide Plaintiff with validation per his request under FDCPA.

**Request for Admission No. 16**

Admit or Deny: ALBERTELLI sent communications to Plaintiff.

**Request for Admission No. 17**

Admit or Deny: ALBERTELLI sent communications to Plaintiff in connection with the collection of

an alleged debt.

**Request for Admission No. 18**

Admit or Deny: ALBERTELLI did not send Plaintiff an FDCPA 1692g(a) notice.

**Request for Admission No. 19**

Admit or Deny: ALBERTELLI has no proof it sent Plaintiff an FDCPA 1692g(a) notice.

**Request for Admission No. 20**

Admit or Deny: ALBERTELLI has no proof Plaintiff received an FDCPA 1692g(a) notice.

**Request for Admission No. 21**

Admit or Deny: ALBERTELLI cannot identify the creditor of the alleged debt.

**Request for Admission No. 22**

Admit or Deny: ALBERTELLI has no documents to prove the creditor of alleged debt.

Dated: July 22, 2016                    Respectfully Submitted,

John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
561-833-4816
john@pinson.com

## CERTIFICATE OF SERVICE

This shall certify that today I served, via FedEx #7768-2660-1991, a true original copy of Plaintiff's First Requests for Admission to the defendant James E Albertelli PA individually and James E Albertelli PA as successor by merger to Albertelli Law Partners LLC. collectively, c/o it's attorney Matthew L. Schulis, Esq. of Albertelli Law, 5404 Cypress Center Drive, Suite 300, Tampa, FL 33609., as listed on the Service List below.

Signed July 22, 2016

John Pinson

### Service List

Matthew L. Schulis, Esq.
Albertelli Law
5404 Cypress Center Drive, Suite 300
Tampa, FL 33609
*Attorney for Defendants:*
Albertelli Law Partners LLC
James E Albertelli PA



September 19, 2016

"Exhibit B"

Dear Customer:

The following is the proof-of-delivery for tracking number **776826601991**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | L.GUEST | Delivery location: | 5404 CYPRESS CENTER DR. |
| | | | TAMPA, FL 33609 |
| Service type: | FedEx Standard Overnight | Delivery date: | Jul 25, 2016 08:51 |
| Special Handling: | Deliver Weekday | | |
| | Direct Signature Required | | |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 776826601991 | Ship date: | Jul 22, 2016 |

**Recipient:**
Matthew Schulis, Esq.
Albertelli Law
5404 Cypress Center Dr.
Ste. 300
TAMPA, FL 33609 US
**Reference**

**Shipper:**
John Pinson
526 WESTWOOD RD
WEST PALM BEACH, FL 33401 US

ALP/JEA DR1 rev

Thank you for choosing FedEx.

**John Pinson**
526 Westwood Road
West Palm Beach, Florida 33401

*Via FedEx 7768-2660-1991*

"Exhibit C"

July 22, 2016

Matthew Schulis Esq.
Albertelli Law
5404 Cypress Center Dr., Ste. 300
Tampa, FL 33609

**Re:**    Pinson v. Albertelli Law Partners LLC. et. al.
Case No.: 9:14-civ-80009

### *Enclosed - Corrected Discovery Requests dated July 22, 2016*

Mr. Schulis:

Yesterday, I sent you my first set of discovery. After sending it, I realized I made a formatting error on the document titles, therefore, to avoid any questions or misunderstandings I have corrected the first set of discovery.

**Please disregard the erroneous discovery dated July 21, 2016.**

Per the above captioned, enclosed you will find the following corrected items pertaining thereto:

1. Plaintiff's Corrected First Set of Interrogatories dated July 22, 2016;
2. Plaintiff's Corrected First Requests For Production dated July 22, 2016;
3. Plaintiff's Corrected First Requests for Admission dated July 22, 2016.

Thanking you for your kind understanding and timely attention here, I am

Yours Sincerely,

John Pinson

JP
Enc  3
Via:      FedEx 7768-2660-1991

**John D Pinson**

| | |
|---|---|
| **From:** | John D Pinson <john@pinson.com> |
| **Sent:** | Tuesday, August 30, 2016 4:31 PM |
| **To:** | Matthew Schulis |
| **Subject:** | Pinson v Albertelli Law Partners LLC - Case No.: 9:14-cv-80009 - Discovery |

**Importance:**        High

`"Exhibit D"`

Mr. Schulis,

Regarding the above captioned matter, my FedEx receipt indicates your office received and signed for Plaintiff's first set of discovery on July 25, 2016.

Thirty days from that receipt date is August 24, and adding three days for mailing makes August 27, 2016 the day your discovery responses should have been served/received by me.

Today is August 31, 2016,  todays' mail delivery has already occurred, and I still have not received you clients responses to my first discovery requests.

Please advise soonest if you have sent discovery responses, and if so when they were send and by what delivery method. If you have not sent them please let me know why and when you intend to send them.

This is a time sensitive matter and your immediate attention will be greatly appreciated to avoid court intervention.

Cordially,

John Pinson
561-833-4816
john@pinson.com

**John D Pinson**

| | |
|---|---|
| **From:** | Matthew Schulis <mschulis@albertellilaw.com> |
| **To:** | John D Pinson |
| **Sent:** | Tuesday, August 30, 2016 4:33 PM |
| **Subject:** | Read: Pinson v Albertelli Law Partners LLC - Case No.: 9:14-cv-80009 - Discovery |

Your message                                                                          "Exhibit E"

To: Matthew Schulis
Subject: Pinson v Albertelli Law Partners LLC - Case No.: 9:14-cv-80009 - Discovery
Sent: Tuesday, August 30, 2016 4:30:52 PM (UTC-05:00) Eastern Time (US & Canada)

was read on Tuesday, August 30, 2016 4:32:31 PM (UTC-05:00) Eastern Time (US & Canada).

1