FILED BY_____ D.C.
OCT 03 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 14-80009-CIV-HURLEY/HOPKINS

John Pinson,

    Plaintiff

vs

ALBERTELLI LAW PARTNERS LLC, et. al

    Defendant    /

## PLAINTIFF OPPOSITION TO
## DEFENDANT'S MOTION IN LIMINE [DE 109]

    **COMES NOW**, the Plaintiff *pro se*, John Pinson, pursuant to F.R.C.P. 26(a)(3), Federal Rules of Evidence Rule 403 and pursuant to Florida Statutes sections 90.402 and 90.403, who hereby respectfully requests that the Honorable Court to issue an Order: denying Defendants' motion in limine [DE 109], and in support thereof states:

    On September 20, 2016, Defendants filed their motion in limine [DE 109].

    In their motion, Defendants falsly assert that: "Plaintiff has failed to provide trial exhibit list at least thirty (30) days before calendar call or on or before September 6, 2016." [DE 109 ¶ 6].

    The record clearly shows with the affixed clerks stamp of receipt that on September 6, 2016, Plaintiff filed his Rule 26(a)(3) pre trial disclosures [DE 104] which are his exhibit and witness list, as ordered in the pre trial Order[DE 81]. Plaintiff has attached a stamped copy of his timely required disclosures [DE 104] for the Courts reference as "Exhibit A".

    Because Plaintiff did in fact timely file his disclosures, the Court should find Defendants' motion in limine as moot.

Plaintiff asks the Court to take note that the matter Defendants have complained about actually apply to the Defendants where Defendants filed their witness and exhibit list over two weeks late according to their own calculations – being due "thirty (30) days before calendar call or on or before September 6, 2016." [DE 109 ¶ 6]. Defendants filed their disclosure on September 23, 2016 as shown in attached "Exhibit B".

**WHEREFORE**, the Plaintiff *pro se*, John Pinson, respectfully moves this Honorable Court to issue an Order: denying Defendants' motion in limine [DE 109]; and any other relief as deemed equitable and just.

Dated: October 1, 2016                    Respectfully Submitted,

_____
John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
561-833-4816
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed October 1, 2016

_____
John Pinson

**Service List**

Matthew L. Schulis, Esq.
mschulis@albertellilaw.com
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
Tel: 813-221-4743x 2621
Fax: 813-221-9171
*Attorney for Defendants:*
Albertelli Law Partners LLC
James E Albertelli PA

FILED BY _____ D.C.

SEP 06 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

CASE NO.: 14-80009-CIV-HURLEY/HOPKINS

John Pinson,

    Plaintiff

vs

ALBERTELLI LAW PARTNERS LLC, et. al      "Exhibit A"

    Defendant_____/

## PLAINTIFFS' PRETRIAL DISCLOSURES

Pursuant to Rule 16.1.D of the Local Rules of the United States District Court for the Southern District of Florida, Rule 26(a)(3) of the Federal Rules of Civil Procedure, and the Order for Pre-Trial Conference [DE 81] entered June 9, 2016, Plaintiff John Pinson hereby make the following disclosures. As a result of the progress of this litigation, the parties began discovery prior to Defendants filing an answer and affirmative defenses in this case. Discovery is ongoing until 10 days prior to pre trial conference.

    I.    WITNESSES

A. Witnesses/Affiants Plaintiffs Expect to Present

    1. Plaintiff do not expect to call any witnesses at this time.

B. Witnesses Plaintiffs May Call if the Need Arises

    1. Plaintiff may and hereby reserves the right to call as witnesses the parties to this lawsuit and/or their authorized representatives, including but not limited to the individuals listed on Defendants witness disclosures.

    2. Plaintiff reserves the right to call any and all expert witnesses and fact witnesses listed by any parties of this lawsuit.

    3. Plaintiff reserves the right to call any and all witnesses arising out of discovery not completed to date. Discovery is ongoing.

    4. Plaintiff reserves the right to call impeachment and rebuttal witnesses, as necessary.

    5. Plaintiff reserves the right to amend and/or supplement this Witness List as any time in the future.

C. Deposition Designations

1. Plaintiff does not expect to designate or present any witness testimony by deposition.

II.     EXHIBITS

A. Exhibits Plaintiffs Expect to Offer

1. "Appendix A" to complaint - June 1, 2012 letter from CHASE to Pinson

2. "Appendix B" to complaint - July 22, 2013 letter from Pinson to ALBERTELLI

3. "Appendix C" to complaint - August 13, 2013 letter from ALBERTELLI to Pinson

4. "Appendix D" to complaint - August 19, 2013 letter from Pinson to ALBERTELLI

5. "Appendix E" to complaint - December 24, 2013 letter from ALBERTELLI to Pinson

B. Exhibits Plaintiffs May Offer if the Need Arises

1. Plaintiff reserves the right to offer exhibits arising out of discovery not completed to date. Discovery is ongoing.

2. Plaintiff reserves the right to supplement and/or amend this Exhibit List.

3. Plaintiff reserves any and all objections to any and all exhibits listed by any other party in this action.

Dated: September 6, 2016

Respectfully Submitted,

John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
561-833-4816
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed September 6, 2016

John Pinson

### Service List

Matthew L. Schulis, Esq.
mschulis@albertellilaw.com
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
Tel: 813-221-4743x 2621
Fax: 813-221-9171
*Attorney for Defendants:*
Albertelli Law Partners LLC
James E Albertelli PA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JOHN PINSON

    Plaintiff,

vs.                                       Case No.: 9:14-cv-80009-KLR

ALBERTELLI LAW PARTNERS LLC,
a Florida LLC; and

JAMES E. ALBERTELLI P.A.            "Exhibit B"
A Florida Professional Association,

    Defendant.
_____/

## DEFENDANTS' MOTION IN LIMINE

**COMES NOW**, Defendant, JAMES E. ALBERTELLI P.A. d/b/a ALBERTELLI LAW and successor by merger to ALBERTELLI LAW PARTNERS LLC (hereinafter "Albertelli Law"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure Rule 26(a)(3), Federal Rules of Evidence Rule 403 and pursuant to Florida Statutes sections 90.402 and 90.403, requests this Honorable Court to exclude certain evidence at trial of this case and files this Motion in Limine, and as grounds therefore status as follows:

1. This matter is currently scheduled for Jury Trial during the October 2016 four (4) week trial period which commences on October 11, 2016.

2. Pursuant to this Honorable Court's Order Setting Jury Trial entered June 9, 2016 (DE 81) and Federal Rules of Civil Procedure Rule 26(a)(3) Plaintiff was required to serve a Witness and Exhibit List which identifies all witnesses and exhibits it intends to call and utilize at trial at least thirty (30) days before calendar call or on or before September 6, 2016.

3. Plaintiff failed to serve a witness list specifically identifying any and all witnesses to be called at trial.

4. Plaintiff has filed "Plaintiff's Pre-Trial Disclosures" within which Plaintiff indicates he does not expect to call any witnesses.

5. Defendant seek to preclude any testimony from any and all individuals that Plaintiff has failed to disclose as a witness.

6. Plaintiff has failed to provide trial exhibit list at least thirty (30) days before calendar call or on or before September 6, 2016.

7. Plaintiff has filed "Plaintiff's Pre-Trial Disclosures" within which Plaintiff indicates he does not intent to introduce any exhibits beyond the previously filed appendices to the complaint and Amended Complaint.

8. Defendant seeks to preclude any testimony regarding any document(s) not produced and submitted to the Defendant.

9. Defendant seeks to preclude the admission of any document not previously produced into evidence as an exhibit or previously attached to the Plaintiff's complaint.

10. Pursuant to Federal Rules of Evidence Rule 403, exclusion of any or all of the evidence described above is required as the value of such evidence is substantially outweighed by the danger of unfair prejudice, confusion of the issues, and misleading the trier of fact.

11. In an effort to protect the Defendant from late additions to Plaintiff's Witness & Exhibit list, Defendant seeks to preclude the admission of any document and/or

testimony from a witness Plaintiff seeks to introduce into evidence at trial that has not been noticed on Plaintiff's Witness & Exhibit List, as highly prejudicial and not relevant to the matters being tried in this case.

12. Introduction of any evidence and/or witnesses by the Plaintiff at trial that were not noticed pursuant to this Honorable Court's Trial Order would be highly prejudicial to the Defendant.

13. Pursuant to Federal Rules of Evidence Rule 403, exclusion of such evidence is required due to the highly prejudicial nature, the undue delay in production and the lack of relevance.

**WHEREFORE**, Defendant respectfully requests this Honorable Court enter an order excluding any and all evidence, testimony, witnesses or references to the aforementioned information not listed on Plaintiff's Witness & Exhibit list from introduction at the trial of this case; and for any further relief this Honorable Court deems just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the Motion was furnished via email/CM/ECF, FedEx (Tracking No.: 777274365816) and/or via email this __20th__ day of September, 2016 to the attached service list.

By: /s/ Matthew L. Schulis, Esq.
☒ Matthew L. Schulis, Esq.
FLORIDA BAR #: 57116
mschulis@albertellilaw.com
ALBERTELLI LAW

5404 Cypress Center Drive, Suite 300
TAMPA, FL 33609
Tel: 813-221-4743
Fax: 813-221-9171
Eserve: GenLit@albertellilaw.com

## SERVICE LIST

| John Pinson<br>526 Westwood Road<br>West Palm Beach, Florida 33401<br>561-833-4816<br>john@pinson.com<br>*Pro Se Plaintiff* | |

ALAW #14-128384