UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80009-CIV-HURLEY

JOHN PINSON,

    **Plaintiff,**

vs.

ALBERTELLI LAW
PARTNERS, LLC, et al,

    **Defendants.**
_____/

## ORDER ON PENDING MOTIONS

**THIS CAUSE** is before the Court upon various discovery-related motions. A hearing was held on October 3, 2016, at which the Court made certain rulings and set forth its rational, all of which is incorporated by reference in this order.

Accordingly, it is **ORDERED** and **ADJUDGED**:

1. Plaintiff's motion to withdraw or amend deemed admissions [DE 105] is **GRANTED**. Defendants may propound, within 5 days of this order, a new request for admissions, which shall be sent to the Plaintiff by Federal Express, signed receipt required. The Plaintiff shall respond, by Federal Express, within 5 days of receipt of the request.

2. Plaintiff's motions for a continuance [DE Nos. 119 & 122] are **GRANTED**. The

1

case shall be set for trial on the Nov.-Dec. 2016 trial calendar. A separate confirmatory order shall be issued.

3. Plaintiff's motions to compel responses to interrogatories [DE Nos. 106, 115, 120 & 124] are **DENIED**.

4. Plaintiff's motions to compel Defendants to respond to Plaintiff's first and second requests for production [DE Nos. 116 & 118] are **DENIED**. However, the Defendants shall produce certified copies of documents evidencing Plaintiff's underlying mortgage obligation by October 11, 2016.

5. Defendants' motion for a protective order against further production of documents [DE 108] is **DENIED** as moot.

6. Rather than propound additional interrogatories, the Parties must utilize depositions for further discovery.

7. The Parties' motions in limine [DE Nos. 109, 114, 123, 125, 126, 127, 128, 129, & 130] are **DENIED** without prejudice to renewal at the time of trial.

8. The following deadlines are established:

   (a) Defendants shall produce all documents evidencing the underlying mortgage obligation of Plaintiff by October 11, 2016.

   (b) Parties shall file their witness and exhibit lists by October 14, 2016.

   (c) Discovery shall be completed by October 28, 2016.

   (d) Motions for summary judgment shall be filed no later than October 28, 2016.

**DONE and SIGNED** in Chambers at West Palm Beach, Florida this 5th day of October, 2016.

_____
Daniel T. K. Hurley
United States District Judge

copies provided to all counsel