UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**JOHN PINSON**

    Plaintiff,

vs.                                          **Case No.: 9:14-cv-80009-KLR**

**ALBERTELLI LAW PARTNERS LLC,**
a Florida LLC; and

**JAMES E. ALBERTELLI P.A.**
A Florida Professional Association,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF PROPOUNDING DISCOVERY REQUESTS UPON PLAINTIFF

    YOU ARE HEREBY NOTIFIED that the Defendant, JAMES E. ALBERTELLI P.A. d/b/a ALBERTELLI LAW and successor by merger to ALBERTELLI LAW PARTNERS LLC, (hereinafter "Albertelli Law"), by and through undersigned counsel, has propounded a renewed Request for Admissions upon Plaintiff, JOHN PINSON.

                                            Respectfully submitted,

                                            ALBERTELLI LAW

Submitted: October 14, 2016        /s/ Matthew L. Schulis, Esq.
                                            Matthew L. Schulis, Esq.
                                            FBN: 57116
                                            mschulis@albertellilaw.com
                                            ALBERTELLI LAW
                                            5404 Cypress Center Drive
                                            Suite 300

                      Tampa, Florida 33609
                      Telephone: 813-221-4743 x2621
                      Facsimile: 813-221-9171

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of Defendant's Notice of Serving Renewed Request for Admissions was furnished via Fed Ex (Tracking No.: 7774 7222 2905) and/or email / Eserve this  14th  day of October, 2016 to the attached service list.

                      By:  /s/  Matthew L. Schulis
                      Matthew L. Schulis, Esquire
                      Florida Bar Number: 57116
                      mschulis@albertellilaw.com
                      ALBERTELLI LAW
                      P.O. Box 23028
                      Tampa, FL 33623
                      Tel: (813) 221-4743x 2621
                      Fax: (813) 221-9171
                      eService: servealaw@albertellilaw.com

**Service List**

John Pinson
526 Westwood Road
West Palm Beach, FL 33401
john@pinson.com