UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.
OCT 14 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CASE NO.: 14-80009-CIV-HURLEY/HOPKINS

John Pinson,

    Plaintiff

vs

ALBERTELLI LAW PARTNERS LLC, et. al

    Defendant    /

## PLAINTIFFS' EXHIBIT AND WITNESS LIST

Pursuant to Rule 16.1.D of the Local Rules of the United States District Court for the Southern District of Florida, Rule 26(a)(3) of the Federal Rules of Civil Procedure, and by Order of this Court at the October 3, 2016, motions hearing , Plaintiff John Pinson hereby make the following disclosures.

As a result of the progress of this litigation: discovery is ongoing until October 28, 2016; calendar call is set for October 27, 2016; and, Plaintiff has timely noticed Defendants to produce corporate representative(s) for deposition duces tecum in Tampa on October 26, 2016 – Notice of deposition was received by Defendant on October 11, 2016 via FedEx # 7774 3377 1050 with signature obtained upon delivery and providing 15 days advanced notice.

    I.    WITNESSES

        A. Witnesses/Affiants Plaintiffs Expect to Present

            1. Plaintiff does not expect to call any witnesses at this time.

        B. Witnesses Plaintiffs May Call if the Need Arises

            1. Plaintiff may and hereby reserves the right to call as witnesses the parties to this lawsuit and/or their authorized representatives, including but not limited to the individuals listed on Defendants witness disclosures.

            2. Plaintiff reserves the right to call any and all expert witnesses and fact witnesses listed by any parties of this lawsuit.

3. Plaintiff reserves the right to call any and all witnesses arising out of discovery not completed to date. Discovery is ongoing.
4. Plaintiff reserves the right to call impeachment and rebuttal witnesses, as necessary.
5. Plaintiff reserves the right to amend and/or supplement this Witness List at any time in the future.

C. Deposition Designations

1. Plaintiff may designate or present witness testimony by deposition. Plaintiff has noticed Defendants thru counsel for taking of the deposition of corporate representative(s) of Defendant to be taken in Tampa on October 26, 2016 – Notice of deposition was received by Defendant on October 11, 2016 via FedEx # 7774 3377 1050 with signature obtained upon delivery.

II. EXHIBITS

A. Exhibits Plaintiffs Expect to Offer

1. "Appendix A" to complaint - June 1, 2012 letter from CHASE to Pinson
2. "Appendix B" to complaint - July 22, 2013 letter from Pinson to ALBERTELLI
3. "Appendix C" to complaint - August 13, 2013 letter from ALBERTELLI to Pinson
4. "Appendix D" to complaint - August 19, 2013 letter from Pinson to ALBERTELLI
5. "Appendix E" to complaint - December 24, 2013 letter from ALBERTELLI to Pinson

B. Exhibits Plaintiffs May Offer if the Need Arises

1. Plaintiff reserves the right to offer exhibits arising out of discovery not completed to date. Discovery is ongoing. Plaintiff has noticed Defendants thru counsel for taking of the deposition of corporate representative(s) of Defendant to be taken in

      Tampa on October 26, 2016. The deposition has a duces tecum requirement and it is unknown at this juncture what things defendant(s) will bring to the deposition.

2. Plaintiff reserves the right to supplement and/or amend this Exhibit List.
3. Plaintiff reserves any and all objections to any and all exhibits listed by any other party in this action.

C. The aforementioned exhibits (II.A.1-5) are available on the docket as appended to Plaintiff's second amended verified complaint.

Dated: October 14, 2016

Respectfully Submitted,

John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
561-833-4816
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed October 14, 2016

John Pinson

### Service List

Matthew L. Schulis, Esq.
mschulis@albertellilaw.com
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
Tel: 813-221-4743x 2621
Fax: 813-221-9171
*Attorney for Defendants:*
Albertelli Law Partners LLC
James E Albertelli PA