# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

**CASE NO.: 14-80009-CIV-HURLEY/HOPKINS**

FILED BY _____ D.C.
OCT 25 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

John Pinson,

    Plaintiff

vs

**ALBERTELLI LAW PARTNERS LLC, et. al**

    Defendant_____/

## NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT

COMES NOW, the Plaintiff, John Pinson, who hereby gives the Defendants and this Honorable Court Notice of his ACCEPTANCE of the Offer of Judgment made by the Defendants, Albertelli Law Partners, LLC and James E. Albertelli, P.A., received on October 25, 2016, in the amount of $5,000.00, plus post-judgment interest if any, as related to the causes of action brought in the above styled cause of action. *See* "Exhibit A".

Dated: October 25, 2016

Respectfully Submitted,

John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
561-833-4816
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed October 25, 2016

*/s/ John Pinson*
John Pinson

### Service List

Matthew L. Schulis, Esq.
mschulis@albertellilaw.com
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
Tel: 813-221-4743x 2621
Fax: 813-221-9171
*Attorney for Defendants:*
Albertelli Law Partners LLC
James E Albertelli PA

### Exhibits Attached

Exhibit A     Offer of Judgment     3 pages

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JOHN PINSON

    Plaintiff,

vs.                                          Case No.: 9:14-cv-80009-KLR

ALBERTELLI LAW PARTNERS LLC,
a Florida LLC; and

JAMES E. ALBERTELLI P.A.
A Florida Professional Association,                  "Exhibit A"

    Defendant.
_____/

## OFFER FOR JUDGMENT

TO:    JOHN PINSON
         526 Westwood Road
         West Palm Beach, Florida 33401

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant, JAMES E. ALBERTELLI P.A. d/b/a ALBERTELLI LAW and successor by merger to ALBERTELLI LAW PARTNERS LLC (hereinafter "Albertelli Law"), by and through undersigned counsel, hereby offers to allow Judgment to be entered against it in this action in the amount of five thousand dollars ($5,000.00) as full and Final Judgment fully resolving this matter, including any and all of Plaintiff's claims for relief and costs.

This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and is not to be construed as either an admission that Defendant, Albertelli Law, is liable in this action, or that the Plaintiff, John Pinson, has suffered any damage(s). Furthermore, this offer for judgment is made in line with the Eleventh Circuit's holding in *Abby v. Paige*, 553

F. App'x 970 (11th Cir. 2014) *affirming* *Abby v. Paige*, 2013 U.S. Dist. LEXIS 4625 (S.D. Fla., Jan. 11, 2013) and the Florida Supreme Court's holding in *Atl. Coast Line R. Co. v. Saffold*, 130 Fla. 598, 602 (1938).

This Offer of Judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine costs.

Respectfully Submitted,

By: _____

☒ Matthew L. Schulis, Esq.
FLORIDA BAR #: 57116
mschulis@albertellilaw.com
ALBERTELLI LAW
5404 Cypress Center Drive, Suite 300
TAMPA, FL 33609
Tel: 813-221-4743
Fax: 813-221-9171
Eserve: GenLit@albertellilaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the Amended Offer was furnished via email/ CM/ECF, FedEx or U.S. Mail this 24th day of October, 2016 to John Pinson, 526 Westwood Road, West Palm Beach, Florida 33401.

By: _____

☒ Matthew L. Schulis, Esq.
FLORIDA BAR #: 57116
mschulis@albertellilaw.com
ALBERTELLI LAW

5404 Cypress Center Drive, Suite 300
TAMPA, FL 33609
Tel: 813-221-4743
Fax: 813-221-9171
Eserve: GenLit@albertellilaw.com

ALAW #14-128384